District of Connecticut

Clifton Powell
vs.
John J. Armstrong

Case Docket Number
3:01cv2306

FILED Dated: October 17, 2003.

2003 OCT 17 P 4:05

## Petitioner's motion For Evidentiary

The Petitioner hereby moves the Court For An Evidentiary Hearing. And Further moves the Court For Counsel. (see Attached.)
In Accordance, The Petitioner Has Entered His Amended Petition And Ask That The Court Schedule A Date For An Evidentiary Hearing To Be Held As Soon As Possible.
The Petitioner Entered That He was Coerced And That He was Illegally Convicted.
In Light Of The Forgoing The Petitioner Ask That The Court Grant This motion For Evidentiary And The Attached motion For Counsel.

Signed, Clifton Powell, Pro se.

Mr. Clifton Powell
260 Wolcott Street
Waterbury, CT 06705.

### Order

The foregoing motion having been heard, it is hereby Ordered, that the said motion Granted/Denied.

By the court

The court, _____ J.

### Certification

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED THE 17th DAY OF October 2003. A COPY WAS SENT TO THE OFFICE OF:

Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Signed, Clifton Powell