UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON POWELL
VS.
JOHN J. ARMSTRONG

CASE DOCKET NUMBER
3:01cv2306
FILED DATED: OCTOBER 17, 2003.

## Petitioner's motion for Counsel

The Petitioner hereby moves the court for counsel. Pursuant to Rule 29(B) of the Local Rule's of Civil Procedure, the Petitioner state's that the court indicated for him to Re Issue his motion for counsel in July of 2003.

In accordance, the Petitioner ask that the court take into consideration the previous motion for counsel dated July 1, 2002, and his motion's that are out standing in the above action. The Petitioner also ask that the court also consider his attached motion for evidentiary.

Signed, Clifton Powell, Pro se.

: Mr. Clifton Powell
260 Wolcott Street
Waterbury, CT 06705.

### Order

The foregoing motion having been heard, it is hereby Ordered, that the said motion Granted/Denied.

By the court

The court, _____ . J.

### Certification

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED THE 17th DAY OF October, 2003. A COPY WAS SENT TO THE OFFICE OF:

Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Signed, Clifton Powell, Pro se.