UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 20  P 4: 43
US DISTRICT COURT
HARTFORD CT

CLIFTON POWELL,
      Petitioner,

v.

JOHN J. ARMSTRONG,
      Respondent.

: PRISONER
: Case No. 3:01cv2306(AVC)

### ORDER TO SHOW CAUSE

Upon the fourth amended petition of Clifton Powell, it is hereby

ORDERED that the respondent file a response on or before **December 21, 2003**, showing cause why the relief prayed for in the fourth amended petition [doc. # 46] should not be granted and addressing the merits of the petitioner's two claims for relief. The Clerk is directed to mail a copy of the fourth amended petition to the respondent together with a copy of this order.

Entered at Bridgeport, Connecticut, this ____ of November, 2003.

Alfred V. Covello
United States District Judge