United States District Court
District of Connecticut

Clifton Powell                    Case Docket Number
    vs.                           3:01CV2306 (AVC)(TPS)
John J. Armstrong                 Dated: November 24, 2003.

## Petitioner's Motion in Review

In light of the foregoing the petitioner moves the court in review. In accordance, the petitioner would like to enter Exhibit (A) which is a clinical record, a copy of his medication administration card, and physician's orders to verify that the petitioner was being coerced into suicide before he was even taken to court on the day of his conviction. And you will also come to find that the doctor ordered him to be held on 4 point restraint, injected with medication, remain on suicide watch, with no court untill seen by psychiatrist because I was being coerce into suicide.

Moreover the petitioner has also entered Exhibit (B) in support of the foregoing to reveal how on page 02, he notified the court that he was mentally disabled, experiencing the same hallucination as listed in Exhibit (A) hearing voice's.

As to such, these hallucination's coerce the petitioner through the course of the action which led to his conviction.

Sworn and subscribed, so sayeth I, Clifton Powell, Pro se
                                            Petitioner

Signed, Clifton Powell

: Mr. Clifton Powell
  260 Wolcott Street
  Waterbury, CT 06705.

## Order

The foregoing motion having been heard, it is hereby Ordered, that the said motion Granted/Denied.

By the court

                                    The court,                    . J.

## Certification

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED THE 24 TH DAY OF November, 2003. A COPY WAS SENT TO THE OFFICE OF:

Michael J. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, Connecticut 06067.

Signed, Clifton Powell, Pro se.
                Petitioner

EXHIBIT A.

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

CLINICAL RECORD

Mental Health

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 147799 | 4/4/69 |

INMATE NAME (LAST, FIRST, INITIAL): Powell Clifton

SEX: M  RACE/ETHNIC: B  FACILITY: NHCC

| DATE/TIME | |
|---|---|
| 4/27/00 12:50 P | Received note from SW G Gardiner that a Judge's Daughter called regarding meds for this I/M. Left # 236-8226. I called 860-236-8226 and an answering machine responded (female voice) and no official statement regarding whose line it was. We need a ROI if this is a legitimate request. Request I/M Powell to verify Judge's name + sign ROI and also sign ROI for his atty when seen in clinic tonight. — Rosenberg |
| 4.27.00 | 11⁰⁰pm Adm. to in pt. on 15 min V.S. c̄ Ferguson vest & blanket. S/I 11² Ativan 1 mgm po stat given. — Darden RN |
| 4/28/00 | out & about. No med. problems reported. — J.W. |
| 4/30/00 10⁴⁵ | S/D recieved call from block officer I/M abt stating he is hearing voices telling him to harm self. Pscorted to unit spoke c̄ I/M in lengthy I/M(?) audibly stating voices is telling him to hang himself. (inable to ID voice states it is a male. States if returns to cell will jump off bed and kill himself. I/M very adamant about harming self. Placed in cell #151 on suicide watch, Ferguson vest and blanket. Call to C Kelly. A: S/I c̄ hallucination P: Admit to cell # 151 on suicide watch call to Dr. Fam. Psych |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 147799 | 4-4-69 |

INMATE NAME (LAST, FIRST, INITIAL): Powell Clifton
SEX: M
RACE/ETHNIC: B
FACILITY: NHCCC

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY** N/KA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 4-28-00 | 1:45pm | d/c q 15 min √ for S.W. discharge from In-patient f/u (2 wks) 4-30-00 in M clinic (Dr. Alford) T.O. Dr Syed / A Williams RN | A Williams RN |
| 4/29/00 | 11pm | T.O. Dr Hensley / M Singh RN  (1) Admit to Inpatient  (2) Dx: Suicidal ideation  (3) Continue all meds  (4) On min watch Ferguson vest/blanket No utensils rec shower or phone  (5) F/U c̄ Psych in a.m. confirmed and repeated x 2 | |
| 4/30/00 | 11:45 | T.O. Dr Zeft / M Singh RN  (1) Transfer to BPTCC 15 min watch, 4pt restraints  (2) I/M harm to self  (3) Continue all meds  (4) Give Ativan 1mg IM c̄ Cogentin 1mg and Haldol 5mg x 1 now confirmed and repeated x 2 | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

INMATE NUMBER: 147755
DATE OF BIRTH: 4/4/69
INMATE NAME (LAST, FIRST, INITIAL): Powell, Clifton
SEX: M
RACE/ETHNIC: B
FACILITY: NHCC

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

### DRUG ALLERGIES / HYPERSENSITIVITY

CONFIDENTIAL INFORMATION
The confidentiality of this record...

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 5/1/00 | 1 AM | Cancel Transfer to BCC. Hold on 4pt restraint. May have Haldol 5mg IM / Cogentin 1mg IM } x 1 in-rest / Ativan 1mg IM } q4° if needed. Continue on suicide watch. T.O. Dr Zept / E Taylor RN | |
| 5/1/00 | 8:15 AM | Inmate to remain on suicide watch & no court until seen by psychiatrist. T.O. Dr Zept / E Taylor RN | |
| 5/1/00 | | Transfer / discharge to Garner CC to remain on 15 min checks | |
| 5/1/00 5/3/00 | | | |
| 5/1 | 2:00 | R-c 15 min checks discharge into pop't "F" Block Pts tomorrow | |
| 5-2-00 | 8⁴ | Med Audit done | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED

1401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION
CLINICAL RECORD

INMATE NUMBER: 147799
DATE OF BIRTH: 4/4/69
INMATE NAME (LAST, FIRST, INITIAL): Powell, Clifton
SEX: M
RACE/ETHNIC: B
FACILITY: Garner AP

| DATE/TIME | |
|---|---|
| 5/1/00 10:00 PM | S/O: Inmate seen on intake to Garner AP. Nurse asked for assistance assessing inmate's placement needs. A chart review revealed that inmate was transferred to Garner from Whiting's hospital section. Inmate was in New Haven CC on 15 minute checks and was said to be transferred to Garner for IPM treatment and to continue 15 minute checks/suicide precautions. Called Garner IPM that advised there is no open bed at IPM. AP officer stated he could not facilitate any transfer from IPM to a regular block for existing inmates in IPM. |
| | Assessment: Placement in IPM, available bed at issue |
| | Plan: IPM nurses put calls into both Administrator on call psych. Dr. J was consulted by nursing. He had no prior knowledge of inmate's transfer and did not reveal who was consulted. |

Facility Name: _____   Month/Year: 4

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

AVEENO CLNSNG BAR DRY (EA) BAR
USE AS DIRECTED
RX: 293219 FARINELLA M.D., MONICA
Init: ¬L  START DATE 02/22/2000  STOP DATE 05/22/2000 — Last given 3/00

HALPERIDOL CONC. (HALDOL-120CC 2MG/ML CC
2MG AT BEDTIME <<PROFILE ONLY DO NOT SEND>>
RX: 323680 BEAUDOIN (PSY), JAMES, MD
Init: NG  START DATE 03/16/2000  STOP DATE 04/14/2000 — May cause drowsiness

HYDROXYZINE HCL SYRUP (480CC) 10MG/5CC SYR VISTARIL Conc
50MG AT <<PROFILE ONLY DO NOT SEND>>
RX: 323681 BEAUDOIN (PSY), JAMES, MD
Init: NG  START DATE 03/16/2000  STOP DATE 04/14/2000

Haldol Conc 5 mgm po HS
Init: AM  START DATE 4/11/00  STOP DATE 5/11/00

Restril Conc 30 mgm po bid
Init: AM  START DATE 4/11/00  STOP DATE 5/11/00

ALLERGY: NO KNOWN DRUG ALLERGY  * STOP DATE

DOCUMENTATION CODES =
C - Discontinued Order      R - Refused      S - Self Administered
O - Dose Omitted            C - Court        NS - No Show
Medical Hold

PATIENT NAME: POWELL, CLIFTON    ID: 147799    WING: _____

Nurses' Signature / Initial / Nurses' Signature / Initial (illegible handwritten signatures)

Facility Name ______ Month/Year ______

| Medication order | HOUR | 1 | 2 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AVEENO CLNSNG ... (EA) BAR<br>USE AS DIRECTE<br>RX: 295219 FARINELLA M.D., MONICIA<br>RN Init. START DATE 02/22/2000 STOP DATE 05/22/2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALOPERIDOL CONC (HALDOL-120CC 2MG/ML CC)<br>5MG AT BEDTIME ((PROFILE ONLY DO NOT SEND)) MAY CAUSE DROWSINESS<br>RX: 335061 BEAUDOIN (PSY), JAMES , MD<br>RN Init. START DATE 04/12/2000 STOP DATE 05/11/2000 | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| THIORIDAZINE CONC (MELLARIL) 100MG/CC LIQ<br>50MG TWICE DAILY ((PROFILE ONLY DO NOT SEND)) MAY CAUSE<br>DROWSINESS. AVOID SUNLIGHT.<br>RN Init. START DATE STOP DATE | 8<br>8 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 335063 BEAUDOIN (PSY), JAMES , MD<br>RN Init. START DATE 04/11/2000 STOP DATE 05/11/2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE HCL SYRUP (480CC) 10MG/5CC SYR — Vistaril<br>50MG TWICE DAILY ((PROFILE ONLY DO NOT SEND))<br>RX: 335065 BEAUDOIN (PSY), JAMES , MD<br>RN Init. START DATE 04/12/2000 STOP DATE 05/11/2000 | 8<br>8 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible handwritten order]<br>RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clonidine 0.2 mg po BID x 1 week<br>RN Init. START DATE 5-10-00 STOP DATE 5-18 | 8<br>8 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Unauthorized disclosure of this record is ... required by Connecticut General Statutes ... transmitted to ... without written consent ... authorized ...

| | |
|---|---|
| ALLERGY | NO KNOWN DRUG ALLERGY |
| DIAGNOSIS | |
| PATIENT NAME | POWELL, CLIFTON — ID 147799 — WING FC-2 |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| E. ... | EL | Joan Dobson RN | JD |
| ... | MO | ... | CV |
| ... | | ... | |
| ... | aß | ... | |

**DOCUMENTATION CODES =**

DC - Discontinued Order | R - Refused | S - Self Administered
DO - Dose Omitted | C - Court | NS - No Show
H - Medical Hold | LD - Lock Down | O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

EXHIBIT B.

STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL DISTRICT OF WATERBURY

---------------------------------x
                                 )
STATE OF CONNECTICUT             )
                                 )   DATED:  5-1-00
VS.                              )
                                 )   DOCKET NO. CR99-277329
CLIFTON POWELL                   )
                                 )
---------------------------------x

   BEFORE:

      THE HONORABLE JOSEPH DOHERTY

   APPEARANCES:

      DAVID GULICK, ASS'T. STATE'S ATTORNEY
      (For the State of Connecticut)

      ALAN MCWHIRTER, PUBLIC DEFENDER
      (For the Defendant)

                                    Cynthia Blanchard
                                    Court Monitor

1

1    THE COURT: Good morning. At this time the
2 court is going to go back on the record in matter
3 number CR-99-277329, State of Connecticut versus
4 Clifton Powell.
5    Would counsel identify themselves on the record,
6 please?
7    MR. GULICK: David Gulick for the State of
8 Connecticut.
9    THE COURT: Good morning, Attorney Gulick.
10   MR. GULICK: Good morning, Your Honor.
11   THE COURT: Good morning, Mr. Powell.
12   MR. POWELL: Good morning.
13   THE COURT: At this time the court is prepared
14 to resume the jury selection, is there anything to
15 report to the court at this time?
16   MR. GULICK: Your Honor, I have just been
17 informed by the sheriffs that the defendant may have
18 taken some medication last night. Other than that I
19 have nothing to report.
20   THE COURT: Mr. Powell, is there anything that
21 you want to bring to my attention this morning?
22   MR. POWELL: Yeah.
23   THE COURT: What is that?
24   MR. POWELL: I'm getting too much -- I'm taking
25 more medication now.
26   THE COURT: Did you have medicine administered
27 to you by injection this morning at 12:30?

2

MR. POWELL: Yeah.

THE COURT: I talked to the Warden's office and the Medical Unit advised me that you were given five milligrams of Haldol and one milligram of Ativan by injection this morning after you had experienced some anxiety in your cell last night. Has that had an effect on you today?

MR. POWELL: Yeah.

THE COURT: In what way is it affecting you?

MR. POWELL: I -- I asked the doctor --

THE COURT: What did you do, Mr. Powell?

MR. POWELL: Huh? I hear voices --

THE COURT: How are you this morning?

MR. POWELL: Huh? I was hearing voices.

THE COURT: Are you hearing voices now?

MR. POWELL: A little bit.

THE COURT: Now, Mr. Powell, my concern is that the medications you got last night are the same medications that you've been taking over a period of six months. And while they were by injection I was advised by the nurse that administered them that they should not have a long term effect on you and that you should be able to go forward this morning. Are you representing to me that you can't proceed this morning?

MR. POWELL: Yeah.

THE COURT: Well, I am prepared to direct

3

1  Attorney McWhirter to finish selecting the jury. Do
2  you have any objection to that?
3      MR. POWELL: Yeah.
4      THE COURT: Do you have -- did you attorney file
5  her appearance for you today, Mr. Powell?
6      MR. POWELL: She said -- she told me to tell you
7  something -- I got papers -- I need some time to get
8  --
9      THE COURT: I am prepared to pass the matter
10 until two o'clock and begin selecting the jury at
11 that time if that's what you are asking me to do, Mr.
12 Powell. Is that what you would want me to do?
13     MR. POWELL: Let me -- ahhhh, I need to -- I
14 need to ask Terry Knight to represent me and I need
15 more time so she could come and represent --
16     THE COURT: She was supposed to do that this
17 morning, wasn't she, Mr. Powell?
18     MR. POWELL: Yeah, but, I -- I had to arrange to
19 give her the money first.
20     THE COURT: And is that something you are going
21 to be able to do?
22     MR. POWELL: Yeah, my mother no got money, but
23 she said she could -- she said to -- postpone it --
24 she said for two weeks, I think, she said.
25     THE COURT: She's asking for a two week
26 postponement?
27     MR. POWELL: Yeah.

4

1    THE COURT: Well, I am not going to do that, Mr.
2    Powell, at least I am not going to do it unless and
3    until she files and appearance and then she can
4    discuss the continuances with me.
5        What I am going to do, Mr. Powell, is I am going
6    to continue this matter one day until tomorrow. Did
7    you speak with Attorney Knight yourself or did your
8    family speak to her?
9        MR. POWELL: I talked to her --
10       THE COURT: When did you talk to her? Was it
11   today?
12       MR. POWELL: Yesterday. Yesterday I talked to
13   her.
14       THE COURT: Well, this is what I am going to do,
15   Mr. Powell. I am going to continue the matter one
16   day and if you are still claiming that you are unable
17   to proceed I am going to appoint Attorney McWhirter
18   to finish selecting the jury. If Attorney Knight
19   files an appearance I am going to direct her to be
20   here tomorrow to pick the jury. If after the jury is
21   selected she needs additional time I will consider
22   granting an extension. But, I want to pick this jury
23   tomorrow, do you understand that?
24       MR. POWELL: --she coming back -- you are going
25   to tell her -- pick another jury --
26       THE COURT: She will have to file an appearance
27   or I am not going to give her any consideration until

5

she appears. And if she appears I am going to have her pick a jury and then I will consider extending the case to let her do some research.

MR. GULICK: Your Honor, if I may suggest -- instead of a one day continuance, could we pass this until two o'clock and possibly begin the jury selection then?

The defendant is claiming that he's too sleepy or groggy to continue with jury selection. I am going to ask that he go back in the block and take a little nap. The medications that we've been advised that he's on is the same thing he's been on for the passed four or five months and it hasn't affected him so far.

MR. POWELL: Your Honor, I want to say something to -- this lawyer because -- because -- if you read the thing where it says I am retarded, that's enough to tell you that -- that's enough to tell you that I can be incompetent. But, I got a lot of things that's why I'm asking you to call the doctor who said that I'm retarded and have him do it because he can tell you -- he can tell you --

THE COURT: Mr. Powell, there was a report done on January 10th, that's less than four months ago that found you to be competent, at least competent enough to understand the charges against you and assist in your own defense. That's the only criteria

6

that the court can use and that's what I am going to use. And I found on Friday that you hadn't changed from that status. So I am not going to do any further competency evaluations.

I will pass the matter until two o'clock and see how you are feeling and I am not going to do anything in consideration of Attorney Knight unless and until she files and appearance.

So I am going to pass the matter to see how you are feeling at two o'clock.

MR. POWELL: Okay. Can you give me another public defender because the relationship with the public defender is --

THE COURT: That's another request that you have explored and the court has consistently denied. So I am not going to change the court's ruling on that either today, Mr. Powell.

MR. POWELL: I want you to know that my relationship with the public defender broke down. He can't -- I ask him for more time cause I have a lawyer who is willing to take my case. And I am entitled to assistance of counsel of my choice.

THE COURT: You've always had that option, Mr. Powell, but you haven't exercised it. Now, you are talking about Attorney Knight. If she appears for you by tomorrow morning I will let her finish picking your jury. If she doesn't appear here, you are going

      1   to have to finish picking it, or Attorney McWhirter

      2   will.

      3       MR. POWELL:  I spoke to a lawyer who could take

      4   my case.  I don't wish to represent myself.  I don't

      5   have a college education and I didn't complete high

      6   school.  And I don't understand the rules of evidence

      7   and I need help with my case.

      8       THE COURT:  You read that to me on Friday, Mr.

      9   Powell.  Nothing has changed.  You can have an

    10   attorney of your choice if she files appearance by

    11   tomorrow, that's Attorney Knight.

    12       MR. POWELL:  Okay.

    13       THE COURT:  Mr. Powell --

    14       MR. POWELL:  Okay.  If you won't give me time to

    15   get Attorney Knight, appoint me another public

    16   defender because my relationship with McWhirter has

    17   broken down completely and I can't -- I cannot

    18   communicate with him.  As a result he can't

    19   adequately prepare my defense.  I told him to -- I

    20   ask him about the investigation he did and he

    21   wouldn't tell me anything and I need that paperwork.

    22       THE COURT:  Mr. Powell, I am going to pass your

    23   matter until two o'clock and you can renew that

    24   request, but I am not going to adjourn today until

    25   I've had a chance to let that medication wear off,

    26   but Attorney Knight is not going to be given any

    27   consideration unless and until she files and

8

appearance. So you may want to contact her before now and two o'clock.

MR. POWELL: Judge, listen, I -- I can't work with McWhirter. Can you give me a public defender who can adequately prepare my defense because McWhirter -- my relationship did break down and I can't communicate with him, man. And I'm telling you that I -- he can't prepare -- I have a good case -- a good defense, but McWhirter can't -- he can't represent my case properly because my relationship broke down.

THE COURT: I understand that's your claim, Mr. Powell, but at this point in time I am not going to appoint any other public defender to represent you. If Attorney Knight is going to come in she has until tomorrow to do it.

All right? We are going to take a recess until two o'clock.

\* \* \* \*

9

NO. CR99-277329

------------------------------------X

STATE OF CONNECTICUT              )

VS.                               )

CLIFTON POWELL                    )

------------------------------------X

# C E R T I F I C A T I O N

This is to certify that I, Cynthia Blanchard, Court Recording Monitor in and for the State of Connecticut, certify that the foregoing is a true and accurate transcript of the electronic recordings taken with reference to the above-entitled matter, heard before the Honorable Joseph Doherty, Judge, at the Waterbury Superior Court, Judicial District of Waterbury on the 1st day of May, 2000.


*[signature]*
Cynthia Blanchard
Court Recording Monitor