DISTRICT OF DISTRICT COURT
OF CONNECTICUT

Clifton Powell
vs.
John A. Armstrong

CASE DOCKET NUMBER
3:01 CV 2306 (AVC)(TPS)
DATED: November 24, 2003.

Petitioner's Extended motion for Evidentiary

The Petitioner hereby moves the court with a Extended motion for Evidentiary. In support of the foregoing the Petitioner would like to be appointed counsel and Evidentiary because the Petitioner is the only one who knows what went on inside his head, on the day of his conviction other than what was verified by the New Haven Correctional Department and indicated on page 02, of the court record before Honorable Joseph Doherty, on the 1st day of May, 2000. (See Exhibit B. of Petitioner's motion in Review dated November 24, 2003.) (And Exhibit A. of Petitioner's motion in Review dated November 24, 2003.)

Signed, Clifton Powell, Pro Se
Petitioner

: Mr. Clifton Powell
260 Wolcott Street
Waterbury, CT 06705.

## Order

The foregoing motion having been heard, it is hereby Ordered, that the said motion Granted/Denied.

By the court

The court, _____ . J.

## Certification

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED THE 24 TH DAY OF November 2003. A COPY WAS SENT TO THE OFFICE OF:

Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Signed, Clifton Powell, Pro Se
Petitioner