UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CLIFTON POWELL,
  Petitioner

2004 JAN 20 P 1: 21

:   CIV. NO. 3:01CV2306(AVC)

US DISTRICT COURT
BRIDGEPORT CT

v.   :

JOHN J. ARMSTRONG,   :   JANUARY 16, 2004
  Respondent

## MOTION FOR ENLARGEMENT OF TIME, *NUNC PRO TUNC*, WITHIN WHICH TO COMPLY WITH SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time, *nunc pro tunc*, until **January 28, 2004** to file his response.

This is the respondent's first request for an extension of time with respect to this court's show cause order. The petitioner is unrepresented by counsel. Consequently, the undersigned attorney has not contacted the petitioner directly to determine whether he has any objection to this requested extension, which presumably will be made in writing to the Court.

The grounds for this motion are as follows:

1.   When this Court's show cause order for a response by December 21st initially was received by this office, it was originally anticipated that it would be handled by Assistant State's Attorney Sulik, who had just returned from a lengthy illness.

2.   Shortly thereafter, Attorney Sulik had further complications from her illness and a number of her cases, including this one, also had to be reassigned.

3.   The undersigned, who inherited this case along with three other federal habeas matters, thought he had filed a timely motion for enlargement of time in this case until late January due to the other federal deadlines, but upon looking at the file realized that no such motion had been filed in this case.

4.   Initial review of this petitioner's federal petition reveals that there are a number of potential issues, including exhaustion, procedural default and jurisdictional issues, which will have to be investigated before an appropriate response may be filed.

WHEREFORE, the respondent hereby moves this court for an enlargement of time, *nunc pro tunc*, until **January 28, 2004** to file his response to the petition.

Respectfully submitted,

RESPONDENT

By: _____
JAMES A. KILLEN
Sr. Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067
Federal Bar No. ct 02058

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Mr. Clifton Powell, 260 Wolcot Street, Waterbury, CT 06705 on January 16, 2004.

_____
JAMES A. KILLEN
Sr. Assistant State's Attorney