

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 20 P 1:21

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| CLIFTON POWELL,<br>Petitioner | : | |
| v. | : | CIV. NO. 3:01CV2306(AVC) |
| JOHN J. ARMSTRONG,<br>Respondent | : | JANUARY 16, 2004 |

### MOTION FOR ENLARGEMENT OF TIME, *NUNC PRO TUNC*, WITHIN WHICH TO COMPLY WITH SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time, *nunc pro tunc*, until **January 28, 2004** to file his response.

This is the respondent's first request for an extension of time with respect to this court's show cause order. The petitioner is unrepresented by counsel. Consequently, the undersigned attorney has not contacted the petitioner directly to determine whether he has any objection to this requested extension, which presumably will be made in writing to the Court.

The grounds for this motion are as follows:

1. When this Court's show cause order for a response by December 21st initially was received by this office, it was originally anticipated that it would be handled by Assistant State's Attorney Sulik, who had just returned from a lengthy illness.

2. Shortly thereafter, Attorney Sulik had further complications from her illness and a number of her cases, including this one, also had to be reassigned.

3. The undersigned, who inherited this case along with three other federal habeas matters, thought he had filed a timely motion for enlargement of time in this case until late January due to the other federal deadlines, but upon looking at the file realized that no such motion had been filed in this case.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U. S. District Court