UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON POWELL
    vs.
JOHN J. ARMSTRONG

CASE DOCKET NUMBER
3:01 CV 2306 (AVC)
DATED: January 21, 2004

FILED
2004 JAN 26 P 2:40
US [DISTRICT COURT]

Petitioner's Second Extended motion to oppose Respondant's motion for Enlargement of Time, nunc Pro Tunc, within which to Comply with Show Cause order

Here stand's the Petitioner with a Second Extended motion to oppose Respondant motion for Enlargement of Time, nunc Pro Tunc, within which to Comply with Show Cause order.

In Accordance, the Petitioner has come to find that the Respondant(s), of the Event at the Supervisory Assistant State's Attorney office fail to file motion for Leave to Amend. Before the Petitioner is a motion dated January 16, 2004, Filed by a James A. Killen, Sr. Assistant State's Attorney, indicating that An Attorney Sulik would handle the Court's Show Cause order, who had returned from a Lengthly illness.

But this Attorney James A. Killen has not filed his Appearance in this Event, the Petitioner's Record reveal that Michael E. O'Hare, is the only Respondant.

Wherefore, the Petitioner ask that the court order that the Relief prayed for be granted, because now they've defaulted, James A. Killen, is not a part of the Record.

Signed, Clifton Powell, Pro se.
Petitioner

: Mr. Clifton Powell
260 Wolcott Street
Waterbury, CT 06705.

## Order

The foregoing motion having been heard, it is hereby Ordered, that the said motion Granted/Denied.

By the court

_____
The court,              .J.

## Certification

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED THE 21st DAY OF January, 2004. A COPY WAS SENT TO THE OFFICE OF:

- Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06705.
- James A. Killen, Sr. Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Signed, Clifton Powell, Pro se.
Petitioner

EXHIBIT A.

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION
CLINICAL RECORD

CONFIDENTIAL INFORMATION [stamp, partially obscured]

Mental Health

INMATE NUMBER: 147799
DATE OF BIRTH: 4/4/69
INMATE NAME (LAST, FIRST, INITIAL): Powell Clifton
SEX: M
RACE/ETHNIC: B
FACILITY: NHCC

| DATE/TIME | |
|---|---|
| 4/27/00 12:50p | Received note from SW G Gardiner that a Judge Daugherty called regarding meds for this I/M. left # 236-8226. I called 860-286-8226 and an answering machine responded to female voice and no official statement regarding whose line it was. We need a ROI if this is a legitimate request. Request I/M Powell to verify Judge's name + sign ROI and also sign ROI for his atty when seen in clinic tonight. — Brodeur |
| 4/27/00 11pm | Adm. to in pt. on 15 min V.S. & Ferguson vest & blanket. S/I 11:15 Ativan 1 mgm po stat given. — Dardeu RN |
| 4/28/00 | out & court. no med problems reported. [initials] |
| 4/30/00 10:25 | S/O received call from block officer I/M states he is hearing voices telling him to hang himself. Escorted to unit spoke ē I/M in lengthy I/M (?) audio stating voice is telling him to hang himself. Unable to ID voice states it is a male. States if returns to cell will jump off bed and kill himself. I/M very adamant about harming self, placed in cell #151 on suicide watch Ferguson vest and blanket. Call to C Kelly.
A: suicidal hallucination
P: admit to cell #451 on suicide watch. Call to Dr. Faul, Psych |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 147799 | 4-4-69 |

INMATE NAME (LAST, FIRST, INITIAL): Powell Clifton
SEX: M
RACE/ETHNIC: B
FACILITY: NHECC

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY** NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 4-28-00 | 1:45 pm | d/c q 15 min ✓ for S.W. discharge from in-patient f/u (screen) 4-30-00 in ✓ clinic (Dr. Alford) To Dr Syed / A Muhamsane | A. Muhamsane |
| 4/29/00 | 11 pm | T.O. Dr Hensley / M Singler ① Admit to Inpt Unit ② Dx: Suicidal ideation ③ Continue all meds ④ 15 min watch Ferguson vest / blanket No utensils, rec shower or phone ⑤ F/U c psych in a.m. Confirmed and repeated x 2 | |
| 4/30/00 | 11:45 | T.O. Dr Zeff / M Singler ✓ ① Transfer to BPTCC @ 15min Watch, 4 pt restraints ② I/M harm to self ③ Continue all meds ④ Give Ativan 1mg IM c Cogentin 1mg and Haldol 5mg x 1 now Confirmed and repeated x 2 | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 147755 | | 4/4/69 |
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| Powell, Clifton | | |
| SEX | RACE/ETHNIC | FACILITY |
| M | B | NHCC |

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY

CONFIDENTIAL INFORMATION
The confidentiality of this record...

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 5/1/00 | 1 AM | Cancel Transfer to BCC. Hold on 4pt restraint. May have Haldol 5mg IM Cogentin 1mg IM } x 1 in next Ativan 1mg IM } 24° if needed. Continue on suicide watch. T.O. Dr. Zeft / E Dwyer RN | |
| 5/1/00 | 8:15 AM | Inmate to remain on suicide watch & no court until seen by psychiatrist. T.O. Dr. Zeft / E Dwyer RN | |
| 5/1/00 | | — Transfer / discharge to Garner CC — To remain on 15 min checks | [signature] |
| 5/2/00 | | [illegible] | [signature] |
| 5/2/00 | 2:00 | R.C. 15 min checks, discharge into Pop. F Block Pts tomorrow | [signature] CMP |
| 5/2/00 | | Med audit done | [signature] |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED

1401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION
CLINICAL RECORD

INMATE NUMBER: 147799
DATE OF BIRTH: 4/4/69
INMATE NAME (LAST, FIRST, INITIAL): Powell, Clifton
SEX: M
RACE/ETHNIC: B
FACILITY: Garner AP

| DATE/TIME | |
|---|---|
| 5/1/00 10:09 AM | S/O: Inmate seen on intake to Garner A.P. Nurse asked for assistance assessing inmate placement needs. A chart review revealed that inmate was transferred to Garner from Whiting's hospital section. Inmate was in New Haven CC on 15 minute checks and was said to be transferred to Garner for IPM treatment and to continue 15 minute checks/suicide precautions. Called Garner IPM that advised there is no open bed at IPM. AP officer stated he could not facilitate any transfer from IPM to a regular block for existing inmate in IPM. |
| | Assessment: Placement in IPM, available bed at issue |
| | Plan: IPM nurses put calls into Health Administrator. On call psychiatrist was consulted by nursing. He had no prior knowledge of inmate's transfer. Chart does not reveal who was consulted. |

Handwritten medication administration record (MAR) for patient POWELL, CLIFTON, ID 147799, Month/Year: April 2000.

Facility Name: (blank)

Allergy: NO KNOWN DRUG ALLERGY

Medications:
- RX: 295219 FARINELLA M.D., MONICIA — AVEENO CLNSNG BAR DRY (EA) USE AS DIRECTED. Start Date 02/22/2000, Stop Date 03/22/2000. —LAST GIVEN 3/00
- RX: (illegible) — HALOPERIDOL CONC. (HALDOL-120CC 2MG/ML CC) 2MG AT BEDTIME «PROFILE ONLY DO NOT SEND». Start Date 03/16/2000, Stop Date 04/14/2000. MAY CAUSE DROWSINESS.
- RX: 323680 BEAUDOIN (PSY), JAMES, MD — HYDROXYZINE HCL SYRUP (480CC) 10MG/5CC SYR VISTARIL CONC. Start Date 03/16/2000, Stop Date 04/14/2000.
- RX: 323881 BEAUDOIN (PSY), JAMES, MD — (illegible) «PROFILE ONLY DO NOT SEND». Start Date 03/16/2000, Stop Date 04/14/2000.
- Haldol Conc 5 mgm po hs — Start Date 4/11/00, Stop Date 5/11/00
- Vistaril Conc 50 mgm po bid — Start Date 4/11/00, Stop Date 5/11/00

Documentation Codes: C - Discontinued Order; O - Dose Omitted; Medical Hold; R - Refused; C - Count; LD - Lost Dose; S - Self Administered; NS - No Show; O - Other

Medication Administration Record (rotated 90°)

AMEND CLASSG
USE AS DIRECTED
RX: 295219 FARINELLA M.D., MONICA

HALOPERIDOL CONC (HALDOL) 2MG/CC 2MG/ML<<PREPACK ONLY DO NOT SEND>>
RX: (95306) BEAUDIN (PSY), JAMES, MD
START DATE 02/22/2000   STOP DATE 05/22/2000

THIORIDAZINE CONC (MELLARIL) 100MG/CC LIQ
ONE/TWICE DAILY <<PROFILE ONLY DO NOT SEND>>
DROWSINESS, AVOID SUNLIGHT. MAY CAUSE...

RX: 335063 BEAUDIN (PSY), JAMES, MD
START DATE 04/12/2000   STOP DATE 05/11/2000

TRAZODONE HCL 50MG TABS <<PROFILE ONLY DO NOT SEND>>
TWICE DAILY <<PROFILE ONLY DO NOT SEND>>
RX: 335065 BEAUDIN (PSY), JAMES, MD
START DATE 04/12/2000   STOP DATE 05/11/2000

Clonidine 0.2 mg po BID x 1 week
START DATE 5-10-00   STOP DATE 5-18

PATIENT NAME: PEELL, CLIFTON
ID: J47779
WING: FC-2

ALLERGY: NO KNOWN DRUG ALLERGY

DOCUMENTATION CODES:
DC - Discontinued Order       R - Refused        S - Self Administered
DO - Dose Omitted             C - Court          NS - No Show
MH - Medical Hold             LD - Lock Down     O - Other

EXHIBIT 13.

```
STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL DISTRICT OF WATERBURY


------------------------------------x
                                    )
STATE OF CONNECTICUT                )
                                    )   DATED:   5-1-00
VS.                                 )
                                    )   DOCKET NO. CR99-277329
CLIFTON POWELL                      )
                                    )
------------------------------------x


        BEFORE:

             THE HONORABLE JOSEPH DOHERTY



        APPEARANCES:

             DAVID GULICK, ASS'T. STATE'S ATTORNEY
             (For the State of Connecticut)


             ALAN MCWHIRTER, PUBLIC DEFENDER
             (For the Defendant)




                                        Cynthia Blanchard
                                        Court Monitor
```

1

1    THE COURT: Good morning. At this time the
2 court is going to go back on the record in matter
3 number CR-99-277329, State of Connecticut versus
4 Clifton Powell.
5    Would counsel identify themselves on the record,
6 please?
7    MR. GULICK: David Gulick for the State of
8 Connecticut.
9    THE COURT: Good morning, Attorney Gulick.
10    MR. GULICK: Good morning, Your Honor.
11    THE COURT: Good morning, Mr. Powell.
12    MR. POWELL: Good morning.
13    THE COURT: At this time the court is prepared
14 to resume the jury selection, is there anything to
15 report to the court at this time?
16    MR. GULICK: Your Honor, I have just been
17 informed by the sheriffs that the defendant may have
18 taken some medication last night. Other than that I
19 have nothing to report.
20    THE COURT: Mr. Powell, is there anything that
21 you want to bring to my attention this morning?
22    MR. POWELL: Yeah.
23    THE COURT: What is that?
24    MR. POWELL: I'm getting too much -- I'm taking
25 more medication now.
26    THE COURT: Did you have medicine administered
27 to you by injection this morning at 12:30?

Case 3:01-cv-02306-AVC    Document 64    Filed 01/26/2004    Page 10 of 18

2

MR. POWELL: Yeah.

THE COURT: I talked to the Warden's office and the Medical Unit advised me that you were given five milligrams of Haldol and one milligram of Ativan by injection this morning after you had experienced some anxiety in your cell last night. Has that had an effect on you today?

MR. POWELL: Yeah.

THE COURT: In what way is it affecting you?

MR. POWELL: I -- I asked the doctor --

THE COURT: What did you do, Mr. Powell?

MR. POWELL: Huh? I hear voices --

THE COURT: How are you this morning?

MR. POWELL: Huh? I was hearing voices.

THE COURT: Are you hearing voices now?

MR. POWELL: A little bit.

THE COURT: Now, Mr. Powell, my concern is that the medications you got last night are the same medications that you've been taking over a period of six months. And while they were by injection I was advised by the nurse that administered them that they should not have a long term effect on you and that you should be able to go forward this morning. Are you representing to me that you can't proceed this morning?

MR. POWELL: Yeah.

THE COURT: Well, I am prepared to direct

3

1  Attorney McWhirter to finish selecting the jury. Do
2  you have any objection to that?
3      MR. POWELL: Yeah.
4      THE COURT: Do you have -- did you attorney file
5  her appearance for you today, Mr. Powell?
6      MR. POWELL: She said -- she told me to tell you
7  something -- I got papers -- I need some time to get
8  --
9      THE COURT: I am prepared to pass the matter
10 until two o'clock and begin selecting the jury at
11 that time if that's what you are asking me to do, Mr.
12 Powell. Is that what you would want me to do?
13     MR. POWELL: Let me -- ahhhh, I need to -- I
14 need to ask Terry Knight to represent me and I need
15 more time so she could come and represent --
16     THE COURT: She was supposed to do that this
17 morning, wasn't she, Mr. Powell?
18     MR. POWELL: Yeah, but, I -- I had to arrange to
19 give her the money first.
20     THE COURT: And is that something you are going
21 to be able to do?
22     MR. POWELL: Yeah, my mother no got money, but
23 she said she could -- she said to -- postpone it --
24 she said for two weeks, I think, she said.
25     THE COURT: She's asking for a two week
26 postponement?
27     MR. POWELL: Yeah.

1  THE COURT: Well, I am not going to do that, Mr.
2  Powell, at least I am not going to do it unless and
3  until she files and appearance and then she can
4  discuss the continuances with me.
5     What I am going to do, Mr. Powell, is I am going
6  to continue this matter one day until tomorrow. Did
7  you speak with Attorney Knight yourself or did your
8  family speak to her?
9     MR. POWELL: I talked to her --
10    THE COURT: When did you talk to her? Was it
11 today?
12    MR. POWELL: Yesterday. Yesterday I talked to
13 her.
14    THE COURT: Well, this is what I am going to do,
15 Mr. Powell. I am going to continue the matter one
16 day and if you are still claiming that you are unable
17 to proceed I am going to appoint Attorney McWhirter
18 to finish selecting the jury. If Attorney Knight
19 files an appearance I am going to direct her to be
20 here tomorrow to pick the jury. If after the jury is
21 selected she needs additional time I will consider
22 granting an extension. But, I want to pick this jury
23 tomorrow, do you understand that?
24    MR. POWELL: --she coming back -- you are going
25 to tell her -- pick another jury --
26    THE COURT: She will have to file an appearance
27 or I am not going to give her any consideration until

5

she appears. And if she appears I am going to have her pick a jury and then I will consider extending the case to let her do some research.

MR. GULICK: Your Honor, if I may suggest -- instead of a one day continuance, could we pass this until two o'clock and possibly begin the jury selection then?

The defendant is claiming that he's too sleepy or groggy to continue with jury selection. I am going to ask that he go back in the block and take a little nap. The medications that we've been advised that he's on is the same thing he's been on for the passed four or five months and it hasn't affected him so far.

MR. POWELL: Your Honor, I want to say something to -- this lawyer because -- because -- if you read the thing where it says I am retarded, that's enough to tell you that -- that's enough to tell you that I can be incompetent. But, I got a lot of things that's why I'm asking you to call the doctor who said that I'm retarded and have him do it because he can tell you -- he can tell you --

THE COURT: Mr. Powell, there was a report done on January 10th, that's less than four months ago that found you to be competent, at least competent enough to understand the charges against you and assist in your own defense. That's the only criteria

6

that the court can use and that's what I am going to use. And I found on Friday that you hadn't changed from that status. So I am not going to do any further competency evaluations.

I will pass the matter until two o'clock and see how you are feeling and I am not going to do anything in consideration of Attorney Knight unless and until she files and appearance.

So I am going to pass the matter to see how you are feeling at two o'clock.

MR. POWELL: Okay. Can you give me another public defender because the relationship with the public defender is --

THE COURT: That's another request that you have explored and the court has consistently denied. So I am not going to change the court's ruling on that either today, Mr. Powell.

MR. POWELL: I want you to know that my relationship with the public defender broke down. He can't -- I ask him for more time cause I have a lawyer who is willing to take my case. And I am entitled to assistance of counsel of my choice.

THE COURT: You've always had that option, Mr. Powell, but you haven't exercised it. Now, you are talking about Attorney Knight. If she appears for you by tomorrow morning I will let her finish picking your jury. If she doesn't appear here, you are going

7

1  to have to finish picking it, or Attorney McWhirter
2  will.
3       MR. POWELL: I spoke to a lawyer who could take
4  my case. I don't wish to represent myself. I don't
5  have a college education and I didn't complete high
6  school. And I don't understand the rules of evidence
7  and I need help with my case.
8       THE COURT: You read that to me on Friday, Mr.
9  Powell. Nothing has changed. You can have an
10 attorney of your choice if she files appearance by
11 tomorrow, that's Attorney Knight.
12      MR. POWELL: Okay.
13      THE COURT: Mr. Powell --
14      MR. POWELL: Okay. If you won't give me time to
15 get Attorney Knight, appoint me another public
16 defender because my relationship with McWhirter has
17 broken down completely and I can't -- I cannot
18 communicate with him. As a result he can't
19 adequately prepare my defense. I told him to -- I
20 ask him about the investigation he did and he
21 wouldn't tell me anything and I need that paperwork.
22      THE COURT: Mr. Powell, I am going to pass your
23 matter until two o'clock and you can renew that
24 request, but I am not going to adjourn today until
25 I've had a chance to let that medication wear off,
26 but Attorney Knight is not going to be given any
27 consideration unless and until she files and

8

appearance. So you may want to contact her before now and two o'clock.

MR. POWELL: Judge, listen, I -- I can't work with McWhirter. Can you give me a public defender who can adequately prepare my defense because McWhirter -- my relationship did break down and I can't communicate with him, man. And I'm telling you that I -- he can't prepare -- I have a good case -- a good defense, but McWhirter can't -- he can't represent my case properly because my relationship broke down.

THE COURT: I understand that's your claim, Mr. Powell, but at this point in time I am not going to appoint any other public defender to represent you. If Attorney Knight is going to come in she has until tomorrow to do it.

All right? We are going to take a recess until two o'clock.

\* \* \* \*

9

NO. CR99-277329

---------------------------------X

STATE OF CONNECTICUT              )

VS.                               )

CLIFTON POWELL                    )

---------------------------------X

# C E R T I F I C A T I O N

This is to certify that I, Cynthia Blanchard, Court Recording Monitor in and for the State of Connecticut, certify that the foregoing is a true and accurate transcript of the electronic recordings taken with reference to the above-entitled matter, heard before the Honorable Joseph Doherty, Judge, at the Waterbury Superior Court, Judicial District of Waterbury on the 1st day of May, 2000.

*(signed)*
Cynthia Blanchard
Court Recording Monitor