UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON POWELL
  Petitioner                                 :              CIVIL NO. 3:01CV2306(AVC)(TPS)

v.                                             :

JOHN ARMSTRONG, ET AL.,          :             JANUARY 29, 2004
  Respondent

## APPEARANCE

Please enter the appearance of:

                            JAMES A. KILLEN
                            Assistant State's Attorney
                            Civil Litigation Bureau
                            Office of the Chief State's Attorney
                            300 Corporate Place
                            Rocky Hill, Connecticut 06067
                            (860) 258-5807
                            FAX NO: (860) 258-5828
                            Federal Bar No. ct 02058

for the respondent.                 _____
                            James A. Killen
                            Supervisory Assistant State's Attorney

## CERTIFICATION

    I hereby certify that a copy of this document was mailed to: Clifton Powell, 260 Wolcot Street, Waterbury, CT 06705 on January 29, 2004.

                            _____
                            JAMES A. KILLEN
                            Supervisory Assistant State's Attorney