UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON POWELL

VS.

JOHN J. ARMSTRONG

CASE DOCKET NUMBER
3:01-CV-2306 (AVC)

DATED: MARCH 27, 2004.

FILED
2004 MAR 30 P
U.S. DISTRICT COURT
BRIDGEPORT

## Petitioner's Motion For Order

The Petitioner moves the Court for an order that the relief prayed for in Claim Two be granted with respect to the relief prayed for in Claim One, along with such other further relief and/or action to which it deems just and proper.

In support of the foregoing the Petitioner attest: Claim Two is of the conduct and occurrence of which arose from the illegal conviction, transcript proceeding of which must be vacated with respect to the relief prayed for in Claim One. As to such, the relief sought in Claim One would automatically contain the relief prayed for in Claim Two.

Signed, Clifton Powell, Pro Se.
Petitioner

: Mr. Clifton Powell, 199 Hill Street, Waterbury, CT 06704.

## Order

The foregoing motion having been heard, it is hereby ordered that said motion be ordered:

Granted / Denied

By The Court

This ____ day of _____

_____
The Court

## Certification of Service

Service certified this 27th day of March 2004, to the office of:
James A. Killen, Sr. Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

And also to:

Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Signed, Clifton Powell, Pro Se.
_____
Petitioner