United States District Court
District of Connecticut

Clifton Powell
vs.
John J. Armstrong

Civil Case Docket Number
3:01-cv-2306 (AVC)

Dated: May 12, 2004

FILED
2004 MAY 14 P 4:40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Petitioner's Objection To Respondent(s) Memorandum Of Law In Opposition To Petition For A Writ Of Habeas Corpus.

: The Petitioner hereby moves the court with an objection to the Respondent's memorandum of law in opposition to petition for a writ of Habeas Corpus.

In accordance, the Petitioner ask that the court order the petition for a writ of Habeas Corpus granted.

In support hereof: The Petitioner attest, the Respondent(s) fail to show sufficient cause why the relief prayed for should not be granted, and has also fail to properly address the merit(s) of the Petitioner's two claim(s) as set forth in the fourth amended petition.

Furthermore: The Respondent's memorandum of law in opposition to petition for a writ of Habeas Corpus has to be denied by the court regardless because it is ineffective.

Wherefore: The Respondent has fail to satisfy the court's order to show cause.

As to such: The document of which the Respondent has entered dated January 27, 2004, dose not contain legally sufficient cause why the relief prayed for should not be granted.

In light of the foregoing: The Petitioner ask that the court denie the Respondent's memorandum of law in opposition to petition for a writ of Habeas Corpus, and enter judgement for the Petitioner as it deem's just and proper.

Signed, Clifton Powell, Pro se.

## order

The foregoing objection having been heard it is hereby ordered that said document be ordered

## Granted / Denied

This _____ day of _____

By the Court

_____
The Court

## Certification of Service

Service certified this 12th day of May 2004, to the office of: Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

And To:

Attorney: James A. Killen, Sr. Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Signed: Clifton Powell, Pro Se.
Petitioner
: Mr. Clifton Powell, 199 Hill Street
Waterbury, CT 06704