UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 24  A 11: 09

U.S. DISTRICT COURT
HARTFORD, CT.

CLIFTON POWELL

v.

JOHN ARMSTRONG

PRISONER
Case No. 3:01CV2306 (AVC)(TPS)

## RULING AND ORDER

Pending is a motion for evidentiary hearing and motion to submit exhibits filed by the petitioner. For the reasons set forth below, the motions are denied.

The petitioner asks the court to schedule an evidentiary hearing. The petitioner must meet strict standards before an evidentiary hearing is permitted.

> If the applicant has failed to develop the factual basis of a claim in State court proceedings, the court shall not hold an evidentiary hearing on the claim unless the applicant shows that—
> (A) the claim relies on—
>     (i) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or
>     (ii) a factual predicate that could not have been previously discovered through the exercise of due diligence; and
> (B) the facts underlying the claim would be sufficient to establish by clear and convincing evidence that but for constitutional error, no reasonable fact-finder would have found the applicant guilty of the underlying offense.

28 U.S.C. § 2254(e)(2).

The petitioner fails to meet the standard for an evidentiary hearing. The Motion for Evidentiary Hearing [doc. # 61] is **DENIED** without prejudice. Because the court has denied the motion for evidentiary hearing, the "Motion in Review" [doc. # 60] to submit exhibits at the evidentiary hearing is **DENIED** as moot.

SO ORDERED this 24th day of August, 2004, at Hartford, Connecticut.

/s/ Thomas P. Smith
THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE