United States District Court
District of Connecticut

AUG 13 2004

Clifton Powell
vs.
John J. Armstrong

Case Docket Number
3:01-CV-2306 (AVC)
Dated: August 12, 2004

## Petitioner's Second Motion For Special Investigation

Now comes the Petitioner with a motion for Special Investigation.

In accordance, the Petitioner has discovered that someone somehow must have mounted some kind of transmitter devise in both his left and right ear which may be deep behind or near the bottom of each ear drum.

As to such, the Petitioner have reason to believe that this transmitter devise is of which the Adverse Party is using to threatin and harrass the Petitioner which also causes disturbance's and perhap's many other deficiencie's alleging that the Court is under such influence causing the judge's delay of returning to the record when the judge should have returned after at least 8 month's it seem's, like before. Regardless to the above the situation seem's as if they are trying to have me placed in a mental institution to avoid me from gaining the monetary relief or enjoying it. Please see Petitioner's previous motion for Special Investigation and also Petioner's previous motion for Administrative Relief.

--- more over ---

The Adverse Party has been threatning and harrassing me alleging that the court is going to fail to uphold my guaranteed constitutional right's by granting their memorandum in opposition. However, the Adverse Party mentioned that I the Petitioner made no attempt to demonstrate cause and prejudice or a miscarriage of justice in the State Habeas Court, nor do I attempt to do so in my Federal Petition.

--- Conclusion ---

State Habeas Court never held an evidentiary hearing, and on September 07, 2001, the Court immediately rushed into a postponement which did not allow the Petitioner much time to demonstrate any thing. Consequently the Petitioner has enclosed Exhibit(s) to be considered with respect to his opposition to the Respondent's memorandum in opposition to Petition for a writ of Habeas Corpus. And argue that he was unable to obtain them during the process of his State Habeas Review. See Exhibit <A>, and Exhibit <B> Enclosed.

However"

There are Exhibit(s) on record which demonstrate(s) a miscarriage of justice. Please see Petitioner's previous motion for evidentiary, Exhibit's (A) and Exhibit (B). The Exhibit's are the same as enclosed.

--- Furthermore ---

The Argument (A), of the memorandum of law in opposition to petition for a writ of Habeas Corpus, dated January 27, 2004, is ineffective and dose not contain legally sufficient cause to have my claim rejected.

--- Conclusion ---

The Adverse Party, Argument (A) indicated that the claim should be rejected on the ground's that, because the last state court to address the claim concluded that it was procedurally defaulted.

"However"

The claim can not be procedurally defaulted because the Petitioner could not transpose. See Petitioner's Fourth Amended Petition for a writ of Habeas Corpus [Doc #46]

--- In light of the foregoing ---

The Petitioner ask that the court grant the following:

(A)
1. Consider this information in support of the Petitioner's opposition to the Respondent's memorandum of law in opposition to petition for a writ of Habeas Corpus.

2. Order that the Respondent's memorandum of law in opposition to petition for a writ of Habeas Corpus, be ordered denied, by the court.

3. Once the court enter judgement with respect to [A,2] as provided here within as listed above, order that the Petitioner's Fourth Amended Petition be ordered granted pursuant to Rule 55.(A), of the Federal Rule's of Civil Proceedure.

(B)
1. Provide for the Petitioner a list of source's who can and will investigate the the the Transmitter devise of which he complained of.

2. Any other further action and or relief as it deem's just and proper.

Signed, Clifton Powell, Pro se,
Petitioner

## ORDER

The foregoing motion having been heard, it is hereby ordered that said motion be ordered:

GRANTED / DENIED

THIS _____ DAY OF _____

BY THE COURT

_____
THE COURT

## Certification of Service

Service certified this 12th day of August, 2004. To the office of: Michael E. O'Hare, Supervisor/Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Service also certified to the office of: James A. Killen, Sr. Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067, this 12th day of August 2004.

Signed, Clifton Powell, Pro se
Petitioner

: Mr. Clifton Powell
199 Hill Street
Waterbury, CT 06704.