UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
CLIFTON POWELL
                                                PRISONER
        v.                          CIVIL NO. 3:01CV2306 (AVC)
JOHN J. ARMSTRONG
```

## J U D G M E N T

This cause came on for consideration of the amended petition for writ of habeas corpus before the Honorable Alfred V. Covello, United States District Judge.

The Court has considered the amended petition and all the papers submitted in connection with the petition. On October 1, 2004, the Court filed its Ruling and Order dismissing the second claim of the amended petition and dismissing the first claim of the amended petition without prejudice for failing to exhaust state remedies, and further ruling a certificate of appealability will not issue.

It is therefore **ORDERED** and **ADJUDGED** that the second claim of the amended petition be dismissed and the first claim of the amended petition be dismissed without prejudice in accordance with the Court's Ruling and the case closed.

Dated at Bridgeport, Connecticut this 8th day of October, 2004.

                                        KEVIN F. ROWE, Clerk

                                        By    s/s Cynthia Earle
                                              Cynthia Earle
                                              Deputy Clerk

Entry on Docket _____