FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 OCT 19 P 4: 04
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Clifton Powell

v.                                    CIVIL CASE NO. 3:01-CV-2306 (AVC)

John C. Armstrong

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), **Clifton Powell** hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):
It was adjudged that the second claim of the amended petition be dismissed and the first claim of the amended petition be dismissed without prejudice in accordance with the court's ruling and the case closed.

2. The Judgment /Order in this action was entered on **October 01st, 2004**.
   (date)

Dr. Clifton Powell
Signature

Dr. Clifton Powell
Print Name

199 Hill Street

Waterbury, CT 06704
Address

Date: Friday October 15th, 2004.     (203) 755-1383
                                        Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLIFTON POWELL

                                      PRISONER

v.                           CIVIL NO. 3:01CV2306 (AVC)

JOHN J. ARMSTRONG

### J U D G M E N T

This cause came on for consideration of the amended petition for writ of habeas corpus before the Honorable Alfred V. Covello, United States District Judge.

The Court has considered the amended petition and all the papers submitted in connection with the petition. On October 1, 2004, the Court filed its Ruling and Order dismissing the second claim of the amended petition and dismissing the first claim of the amended petition without prejudice for failing to exhaust state remedies, and further ruling a certificate of appealability will not issue.

It is therefore **ORDERED** and **ADJUDGED** that the second claim of the amended petition be dismissed and the first claim of the amended petition be dismissed without prejudice in accordance with the Court's Ruling and the case closed.

Dated at Bridgeport, Connecticut this 8th day of October, 2004.

                                                         KEVIN F. ROWE, Clerk

                                                         By    s/s Cynthia Earle
                                                                    Cynthia Earle
                                                                    Deputy Clerk

Entry on Docket _____