United States District Court
District of Connecticut
FILED

Clifton Powell
vs.
John J. Armstrong

Case Docket Number
3:01-CV-2306 (AVC)
Dated: October 08, 2004.

<u>Petitioner's motion for relief from Judgment or order, Pursuant to the Federal Rules of Civil Procedure, Rule 60.</u>

The Petitioner moves the court pursuant to the Federal Rules of Civil Procedure, Rule 60. Relief from Judgment or order.

In accordance, the court dismissed the Petitioner's/Plaintiff's claim indicating that it was being dismissed because the Plaintiff has failed to exhaust the claim by appealing any adverse decision in his state habeas proceeding to the highest state court.

The court indicated that the Petitioner did not appeal the ruling denying his petition for certification to appeal the dismissal of the state habeas petition.

The court's <u>conclusion</u>, indicated that the first claim in the amended petition relating to the burglary and larceny conviction is dismissed without prejudice. And that the Petitioner may refile his federal habeas petition as to the first claim after he has exhausted his state court remedies as to that claim.

1. of 3.

The court further directed the clerk to enter judgment and close this case.

## "Petitioner's Argument"

Enclosed attached is a duplicate copy of the Appellate Court's response which indicate that the petitioner is prohibited from filing any future document's with the Appellate Court concerning his State Habeas Petition no. CV00-0341885-5), The duplicate copy also indicate that the Appellate court is ordered not to accept and to return any further filing's in this matter. Because the petitioner did file motion in review/for order seeking review of the ruling, with an order due to the ruling denying his petition for certification to appeal the dismissal of his State Habeas Petition.

"Wherefore"

The petitioner has met Exhaustion with respect to his first federal claim (see enclosed attached). The petitioner hereby state that he could not quite recognize the information furnished in the respondence memorandum in opposition on how to address it as to this particular issue due to his mental capacity where he suffer's from a mental disease married by loss of awareness of reality and the inability to reason. And he thought the court already knew of this info.

In Light of the Foregoing

The petitioner ask that the court grant the following:

1. Reconsider the process employed in rendering its decision to dismiss the federal petition with respect to the first claim.

2. Enter judgment for the petitioner.

2. of 3.

3. Grant any other further action and, or relief which deems just and proper.

Signed: Clifton Powell, Pro se.
Petitioner

: Mr. Clifton Powell
199 Hill Street
Waterbury, CT 06704.

## Order

The foregoing motion having been heard, it is hereby ordered, that said motion be ordered: Granted/Denied

This _____ Day of _____

By the Court

_____
The Court

### Certification of Service

Service certified this 08th, day of October, 2004, to the office of: Michael J. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

And, to the office of:

James A. Killen, Senior Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Signed, Clifton Powell, Pro se
Petitioner

3. of 3.

## APPELLATE COURT

## STATE OF CONNECTICUT

CV00-0341885S

CLIFTON POWELL

V.

COMMISSIONER OF CORRECTION

March 27, 2002

## ORDER

THE MOTION OF THE PETITIONER, FILED MARCH 26, 2002 FOR ORDER HAVING BEEN PRESENTED TO THE COURT, IT IS HEREBY **O R D E R E D** DISMISSED. IT IS FURTHER ORDERED, SUA SPONTE, THAT THE PETITIONER IS PROHIBITED FROM FILING ANY FUTURE DOCUMENTS WITH THIS COURT CONCERNING CV00 0341885S AND THE APPELLATE COURT CLERK IS ORDERED NOT TO ACCEPT AND TO RETURN ANY FURTHER FILINGS IN THIS MATTER.

BY THE COURT,

*Caralyn C. Zorges*

ASSISTANT CLERK-APPELLATE

NOTICE SENT: 3/28/02
CLIFTON, POWELL, PRO SE
WATERBURY STATE'S ATTORNEY
HON. PATRICK L. CARROLL III
CLERK, DANBURY SUPERIOR COURT

bjm                                                       915/3002