United State's District Court
District of Connecticut

Clifton Powell
          vs.
John J. Armstrong

Case Docket Number
3:01-CV-2306 (AVC)
Dated: October 08, 2001.

Petitioner's memorandum Pursuant To The Federal Rule's Of Civil Procedure, Rule 60. Relief From Judgment or Order.

(A) Clerical Mistake's.

Clerical mistake's in Judgment's, order's or other part's of the Record And Error's Therein Arising From oversight or omission may be corrected by the Court at any time of it's own Initiative or on the motion of any Party And After such notice, if any as the Court order's. During the pendency of an Appeal, such mistake's may be so corrected before the Appeal is Docketed in the Appellate Court, And Thereafter while the Appeal is Pending may be so corrected with leave of the Appellate Court.

(B) Mistake's; Inadvertence; Excusable Neglect; newly Discovered Evidence; Fraud, Ect.

On motion And upon Such Term's As Are Just, The Court may Relieve A Party or A Party's legal Representative From A Final Judgment, order, or Proceeding For The Following Reason's:

1. of. 3

(1.) Mistake, inadvertence, surprise, or excusable neglect;

(2.) Newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(B);

(3.) Fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party;

(4.) The judgment is void;

(5.) The judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or

(6.) Any other reason justifying relief from the operation of the judgment. The motion shall be made within a reasonable time, and for reasons (1.), (2.), and (3.) not more than one year after the judgment, order, or proceeding was entered or taken. A motion under this subdivision (B) does not affect the finality of a judgment or suspend it's operation.

This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgment, order, or proceeding, or to grant relief to a defendant not actually personally notified as provided in Title 28, U.S.C., § 1655, or to set aside a judgment for fraud upon the court.

writs of coram nobis, coram vobis, audita querela, and bills of review and bills in the nature of a bill of review, are abolished, and the procedure for obtaining any relief from a judgment shall be by motion as prescribed in these rules or by an independent action.

Signed, Clifton Powell

## Certification of Service

Service certified this 08th day of October 2004, to the office of: Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

And to the office of: James A. Killen, Senior Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Signed, Clifton Powell

Petitioner

:Mr. Clifton Powell
199 Hill Street
Waterbury, CT 06704.

3 of 3.