**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

2005 APR 29 P 2: 50

U.S. ... COURT
... CT

Roseann B. MacKechnie
CLERK

Date:                    2/22/05
Docket Number:           04-5622-pr
Short Title:             Powell v. Armstrong
DC Docket Number:        01-cv-2306
DC:                      DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:                Honorable Alfred Covello

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February two thousand five.

Clifton Powell,

   Plaintiff-Appellant,

v.

John J. Armstrong,

   Defendant-Appellee.



UNITED STATES COURT OF APPEALS
FILED
FEB 22 2005
SECOND CIRCUIT

Petitioner, having filed a Notice of Appeal from an order denying relief in an application brought under the provisions of 28 U.S.C. Section, and it appearing that the District Court denied petitioner's request for a Certificate of Appealability, the Court of Appeals construed the Notice of Appeal as a motion for Certificate of Appealability, requesting that petitioner comply with this Court's Local Rule 22(a), by submitting, within 21 days of the initial request, a motion in support of a Certificate of Appealability in which petitioner identified each issue to be raised on appeal and provided facts and a brief statement of reasons showing that petitioner had been denied a constitutional right. Petitioner, having failed to comply with the Second Circuit Local Rule 22(a), it is ORDERED that petitioner's request for a Certificate of Appealability is DENIED and DISMISSED with prejudice.

                                    For the Court,
                                    Roseann B. MacKechnie, Clerk

                                    Connie Mazariego
                                    By: Connie Mazariego
                                    Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

                                    Certified:    FEB 22 2005