UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLIFTON POWELL

V.

JOHN J. ARMSTRONG

PRISONER
CASE NO. 3:01CV2306 (AVC) (DFM)

## RULING AND ORDER

Pending before the court are the petitioner's two identical motions for relief from judgment. For the reasons set forth below, the motions are denied.

On October 1, 2004, the court issued a ruling and order dismissing claim two of the amended petition and dismissing claim one of the amended petition without prejudice because the petitioner had failed to exhaust his state court remedies. As to the first claim, the court concluded that petitioner had filed a state habeas petition but had not appealed the dismissal of the petition to the Connecticut Appellate or Supreme Courts. The court informed the petitioner that he could re-file his habeas petition after he had exhausted his state court remedies as to the first claim in the amended petition. The petitioner now claims that he has already exhausted the first claim of the petition.

Attached to the petitioner's motions to reopen judgment are copies of an Order from the Connecticut Appellate Court dated March 27, 2002 and including the case number of his state habeas

petition. The Connecticut Appellate Court dismissed petitioner's motion for order filed on March 26, 2002, and prohibited the petitioner from filing any additional documents concerning the case. The petitioner does not attach a copy of the motion he filed with the Connecticut Appellate Court. Thus, the basis or ground for that motion is unknown. Even if the motion was an appeal of the Connecticut Superior Court's ruling dismissing his state habeas petition, the petitioner has not alleged or provided any evidence that he filed an appeal of the order of the Connecticut Appellate Court with the Connecticut Supreme Court. Thus, the petitioner has not demonstrated that he has completely exhausted his state remedies with respect to the first ground of the amended petition. Accordingly, the motions to reopen judgment are denied.

### Conclusion

Accordingly, the petitioner's Motions for Relief From Judgment [**Docs. ## 76, 77**] are DENIED.

SO ORDERED at Hartford, Connecticut this 12TH day of July, 2005.

 Alfred V. Covello
 United States District Judge