UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON POWELL
   Petitioner

v.

JOHN ARMSTRONG

: CIVIL NO. 3:01CV2306(AVC)(TPS)

:

:

FILED
2005 OCT -5 P 3:04
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Dated September 21, 2005.

## Petitioner's Motion For Relief From Judgment or Order

Pursuant to the Federal Rules of Civil Procedure, Rule 60, the Petitioner move's the Court for relief from Judgment for the reason's as set forth in the enclosed list(s) of document's described below:

1. Petitioner/Appellant's motion for order, upon U.S. Court of Appeal's for the Second Circuit, dated April 29, 2005. (Enclosed attached Exhibit F.)

2. Petitioner's articulation to accompany Petitioner's motion for relief from Judgment or order, dated September 21, 2005 (Enclosed attached.)

1. of 3.

3. EXHIBIT's (A)(B)(C)(D)(E)&(F), (Enclosed Attached).

4. The Court returned my memorandum and extended memorandum, see EXHIBIT C, so the Court has to return Document #65 for the same reason identified in EXHIBIT C, the Document #65, is deficient for the same reason stated, and Judgment may then be entered for the Petitioner.

In light of the foregoing, the Plaintiff/Petitioner ask that the Court Order that:

1. order that the memorandum of law in opposition to petition for a writ of Habeas Corpus, by James A. Killen, dated January 27, 2004, be stricken from the record.

2. order that any prior Judgment be vacated.

3. The Defendant's/Respondant's Default be entered.

4. This Instant Petition be ordered granted.

Signed, Clifton Powell, pro se.

**ORDER**

Having reviewed the motion the Court now orders that  The motion is hereby GRANTED/denied

dated This _____

by The COURT

the Court

2. of 3.

## CERTIFICATION

I hereby certify that a copy of this document was mailed to:

Michael E. O'Hare
Supervisory Assistant State's Attorney
Civil Litigation Bureau
Chief State Attorneys Office,
300 Corporate Place
Rocky Hill, CT, 06067

and to:

JAMES A. KILLEN
Supervisory Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067,

on Wednesday September 21, 2005.

signed _Clifton Powell_ Pro Se
Petitioner

Mr. Clifton Powell #147799
Northern, C.I.
287 Bilton Road
P.O. Box 665
Somers, CT 06071

3 of 3