UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON POWELL
Petitioner

v.

JOHN ARMSTRONG

: CIVIL NO. 3:01CV2306(AVC)(TPS)
:
: DATED: September 21, 2005
:

FILED
2005 OCT -5 P 3:04
U.S. DISTRICT COURT
BRIDGEPORT, CONN

__Petitioner's Articulation To Accompany Petitioner's Motion For Relief From Judgment or order__

Immediate Emergency Attention is being sought.

"Accordingly"

Clerical mistake's in Judgment, order's and other part's of the Record with error's therein which have arisen from an oversight or omission must be corrected as of an immediate Emergency and as of a matter of Law

__Supporting Fact's__

Enclosed Exhibit <C> is a duplicate copy of the court's order returning submission of opposing document's for failure to list name's and addresses of all Partie's served indicating That: Attorney Michael E. O'Hare has also filed an Appearance in this matter.. <See enclosed

__Argument__

Enclosed Exhibit <A><B><D> & <E>, James A. Killen fail to list the name and address of ~~~~ the same Individual

## Additionally

Enclosed Exhibit (A)(B)(D)&(E)

All submissions by James A. Killen are sought to be excluded, stricken from the record, considered deficient and declined with prejudice because I was rejected when I made an attempt to oppose the motion for enlargement of time to comply with the court's order to show cause and I was unable to re-issue the pleading(s) due to lack of funds for postage before the document(s) got lost.

## Consequently

Enclosed Exhibit (A) & (B)

By James A. Killen caused me to be deficient because reflected from his motion, to oppose his motion for enlargement of time to comply with the court's order to show cause, James A. Killen document did not contain all parties so when I went to attack the document it been deficient.

He never informed the other parties that he was even engaging in the process.

< His appearance been deficient >

## Scope of Illegal Proceeding

Enclosed

The Judgment is Illegal, it is based upon an invalid void submission.

The Memorandum of Law in Opposition to Petition for a Writ of Habeas Corpus, by James A. Killen dated January 27, 2004, should not issue.

It is deficient in the Area(s) checked in the Enclosed Exhibit (C)
Court's order returning submission dated January 27, 2004.

It is not equitable that the Judgment should have prospective application.

My Petition for a Writ of Habeas Corpus look deprived before the public, the record was neglected and I was discriminated against and was unable to resubmitt the opposing document's listed on the Enclosed (Exhibit C.) Order Returning Submission dated January 27, 2004.

Signed, Clifton Powell, Pro Se.

Enclosed Attached the Petitioner Enter's the Following Exhibit's.

1. Exhibit    &lt;A&gt; : Motion for Enlargement of time, nunc pro tunc, within which to comply with Show Cause Order.
   Dated January 16, 2004.
   By, James A. Killen
   Sr. Assistant State's Attorney
   &lt;Respondent&gt;

2. Exhibit    &lt;B&gt; : U.S. District Court Clerk order granting motion for Enlargement of time
   &lt;Listed in Appendix, A&gt;

3. Exhibit    &lt;C&gt; : Order Returning Submission,
   By United State's Magistrate Judge,
   Dated: January 27, 2004
   for failure to list name's and Addresses of All Partie's Served
   &lt;Attorney Michael E. O'Hare has filed an Appearance in this matter&gt;

4. EXHIBIT ⟨D⟩: Memorandum of Law in Opposition to Petition for a Writ of Habeas Corpus. Dated: January 27, 2004. By, James A. Killen, Sr. Assistant State's Attorney ⟨Respondent⟩.

5. EXHIBIT ⟨E⟩: Appearance. By, James A. Killen, for the Respondent, Dated: January 29, 2004.

6. EXHIBIT ⟨F⟩: Petitioner/Appellant's Motion for Order ⟨To Second Circuit Court of Appeal's⟩ By, Petitioner Clifton Powell, Dated, April 29, 2005.

Signed, Clifton Powell, Pro Se.
Petitioner/Movant

: Mr. Clifton Powell #147799
287 Bilton Road
P.O. Box 665
Somers, CT 06067.

## ORDER

THE FOREGOING MOTION HAVING BEEN HEARD IT IS HEREBY ORDERED THAT SAID MOTION BE ORDERED:

## GRANTED / DENIED

THIS _____ DAY OF _____

BY THE SECOND CIRCUIT COURT

_____
THE SECOND CIRCUIT COURT

## CERTIFICATION OF SERVICE

SERVICE CERTIFIED THIS 21ST DAY OF SEPTEMBER, 2005, TO THE FOLLOWING OFFICE(S):

: MICHAEL E. O'HARE
SUPERVISORY ASSISTANT STATE'S ATTORNEY,
CIVIL LITIGATION BUREAU,
OFFICE OF THE CHIEF STATE'S ATTORNEY,
300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT, 06067;

AND TO

: JAMES A. KILLEN
SENIOR ASSISTANT STATE'S ATTORNEY,
CIVIL LITIGATION BUREAU,
OFFICE OF THE CHIEF STATE'S ATTORNEY,
300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067.

SIGNED, CLIFTON POWELL