EXHIBIT

&lt;A&gt; : motion for Enlargement of time,
nunc pro tunc, within which
to comply with show cause
order.
Dated January 16, 2004.
By, James A. Killen
Sr. Assistant State's Attorney
&lt;Respondent&gt;

Contain 2. Page's

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

CLIFTON POWELL,
   Petitioner

                        :       CIV. NO. 3:01CV2306(AVC)

v.                                 :

JOHN J. ARMSTRONG,         :       JANUARY 16, 2004
   Respondent

## MOTION FOR ENLARGEMENT OF TIME, *NUNC PRO TUNC*, WITHIN WHICH TO COMPLY WITH SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time, *nunc pro tunc,* until **January 28, 2004** to file his response.

This is the respondent's first request for an extension of time with respect to this court's show cause order.  The petitioner is unrepresented by counsel.  Consequently, the undersigned attorney has not contacted the petitioner directly to determine whether he has any objection to this requested extension, which presumably will be made in writing to the Court.

The grounds for this motion are as follows:

1.     When this Court's show cause order for a response by December 21st initially was received by this office, it was originally anticipated that it would be handled by Assistant State's Attorney Sulik, who had just returned from a lengthy illness.

2.     Shortly thereafter, Attorney Sulik had further complications from her illness and   a number of her cases, including this one, also had to be reassigned.

3.     The undersigned, who inherited this case along with three other federal habeas matters, thought he had filed a timely motion for enlargement of time in this case until late January due to the other federal deadlines, but upon looking at the file realized that no such motion had been filed in this case.

4.      Initial review of this petitioner's federal petition reveals that there are a number of potential issues, including exhaustion, procedural default and jurisdictional issues, which will have to be investigated before an appropriate response may be filed.

WHEREFORE, the respondent hereby moves this court for an enlargement of time, *nunc pro tunc*, until **January 28, 2004** to file his response to the petition.

Respectfully submitted,

RESPONDENT

By:    _____
JAMES A. KILLEN
Sr. Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067
Federal Bar No. ct 02058

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Mr. Clifton Powell, 260 Wolcot Street, Waterbury, CT 06705 on January 16, 2004.

_____
JAMES A. KILLEN
Sr. Assistant State's Attorney

2

EXHIBIT

&lt;B&gt; : U.S. DISTRICT COURT
Clerk order Granting
motion for Enlargement
of Time
&lt;Listed in Appendix,A &gt;

CONTAIN 1. PAGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT    FILED

CLIFTON POWELL,
  Petitioner

:     CIV. NO. 3:01CV2306(AVC)

2004 JAN 20 P 1: 21

US DIST...
BRIDGEPO...

v.

:

JOHN J. ARMSTRONG,
  Respondent

:     JANUARY 16, 2004

## MOTION FOR ENLARGEMENT OF TIME, *NUNC PRO TUNC*, WITHIN WHICH TO COMPLY WITH SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time, *nunc pro tunc*, until **January 28, 2004** to file his response.

This is the respondent's first request for an extension of time with respect to this court's show cause order. The petitioner is unrepresented by counsel. Consequently, the undersigned attorney has not contacted the petitioner directly to determine whether he has any objection to this requested extension, which presumably will be made in writing to the Court.

The grounds for this motion are as follows:

1.    When this Court's show cause order for a response by December 21st initially was received by this office, it was originally anticipated that it would be handled by Assistant State's Attorney Sulik, who had just returned from a lengthy illness.

2.    Shortly thereafter, Attorney Sulik had further complications from her illness and a number of her cases, including this one, also had to be reassigned.

3.    The undersigned, who inherited this case along with three other federal habeas matters, thought he had filed a timely motion for enlargement of time in this case until late January due to the other federal deadlines, but upon looking at the file realized that no such motion had been filed in this case.

ORDERED ACCORDINGLY

KEVIN F. ROWE
Clerk, U. S. District Court

EXHiBiT <c> : ORDER RETURNING
submission,
BY uniTed STATe's
mAGistrate JudGe,
DATed : January 27, 2004
For Failure To List name's
And Addresses of ALL
PARTie's served
<ATTorney michael W. o'HAre HAS filed
An APPearance in THis mATTer>

ContaiN 1. PAGe

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

-------------------------------------------------x

CLIFTON POWELL                          :

,vs.                                    :                    2004 JAN 27 P 4: 27
                                        :                    PRISONER
                                        :Civil No.  3:01cv2306(AVC) (TPS)

JOHN J. ARMSTRONG                       :

                                        :

-------------------------------------------------x

### ORDER RETURNING SUBMISSION

The Clerk has received your MEMORANDUM IN OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME, NUNC PRO TUNC, TO COMPLY WITH SHOW CAUSE ORDER; EXTENDED MEMORANDUM IN OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME, NUNC PRO TUNC, TO COMPLY WITH SHOW CAUSE ORDER; however, they are deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ L.R.5(b)        _ No certificate of service attached to pleading
                     ✔ Certificate of service fails to list names and addresses of all parties served (Attorney Michael E. O'Hare has filed an Appearance in this matter)
                     _ Certificate of service is not signed

2. _ L.R.5(d)        Failure to submit document under seal

3. _ L.R.10          _ Failure to sign pleading (original signature)
                     _ Failure to double space
                     _ Margin is not free of printed matter
                     _ Left hand margin is not one inch
                     _ Judge's initials do not appear after the case number
                     _ Docket number is missing
                     _ Failure to supply federal bar number
                     _ Holes not punched in document

4. _ L.R.68          Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)     Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other           ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 1/27/04                                United States Magistrate Judge

(MEL)