Exhibit <E>: Appearance.
By, James A. Killen,
For the Respondent,
Dated: January 29, 2004.

Contain 1. Page

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON POWELL
   Petitioner

                            :      CIVIL NO. 3:01CV2306(AVC)(TPS)

v.                                      :

JOHN ARMSTRONG, ET AL.,      :      JANUARY 29, 2004
   Respondent

## APPEARANCE

Please enter the appearance of:

> JAMES A. KILLEN
> Assistant State's Attorney
> Civil Litigation Bureau
> Office of the Chief State's Attorney
> 300 Corporate Place
> Rocky Hill, Connecticut 06067
> (860) 258-5807
> FAX NO: (860) 258-5828
> Federal Bar No. ct 02058

for the respondent.

_____
James A. Killen
Supervisory Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this document was mailed to: Clifton Powell, 260 Wolcott Street, Waterbury, CT 06705 on January 29, 2004.

_____
JAMES A. KILLEN
Supervisory Assistant State's Attorney

EXHIBIT <Y>: Petitioner/Appellant's
Motion for order
(To Second Circuit Court of Appeal's)
By, Petitioner Clifton Powell,
Dated, April 29, 2005.

Contain 4. Page's

United States Court of Appeals
For The Second Circuit
Thurgood Marshall
U.S. Court House
40 Foley Square
New York 10007

Clifton Powell
vs.
John J. Armstrong

Court of Appeals
Docket #: 04-5622

Prisoner Case
Petition For Writ
of
Habeas Corpus

Appeal From
District of Connecticut
< New Haven >

Lower Court Information

District: 01-CV-2306
Trial Judge: Alfred V. Covello
Mag. Judge: Thomas P. Smith
Date Order/Judgement 10-8-2004
Date NOA Filed: 10-19-2004

Fee Status: IFP

Case Type Information
Prisoner State Habeas
Corpus

Panel Assignment
Panel: none

Dated: April 29, 2005.

Petitioner/Appellant's motion for Order

The undersigned Petitioner/Appellant hereby move the United States Second Circuit Court for specific orders that:

1. The memorandum of law in opposition to petition for writ of Habeas Corpus, by James A. Killen, dated in January of 2005, be stricken from the record.

2. Any prior judgement be vacated.

3. The defendant's/respondant's default be entered.

4. This instant petition be ordered granted.

2.

In support hereof, the Petitioner/Appellant attest:

On November 20, 2004, the District Court ordered the Respondant(s) to show cause why the relief prayed for should not be granted, and addressing the merits of the petitioner's two claim(s) for relief as set forth in the Fourth Amended Petition.

To date there has only been one (1) response furnished, a Memorandum of Law in Opposition to Petition for Writ of Habeas Corpus, dated in January of 2005, by James A. Killen. The Petitioner/Appellant ask that the court exclude the aforesaid Memorandum of Law in Opposition to Petition for Writ of Habeas Corpus of which has been produced by James A. Killen dated in January of 2005 because it is void, invalid and unconstitutional because James A. Killen is not legally part of the record upon entry of submission. The Petitioner also move the court to strike the Memorandum of Law in Opposition to Petition for Writ of Habeas Corpus, by James A. Killen because it fail to list all parties of the record, Michael E. O'Hare was not listed and legally he's the only individual who has filed an appearance prior to submission of such document at the time of entry the District Court granted relief to the invalid document for failure to exhaust state remedie's, which violate's my guaranteed constitutional right's. The Memorandum of Law in Opposition to Petition for Writ of Habeas Corpus, should not issue. The District Court Clerk reject and return submission's by individual's who are not legally part of the record ...

The Defendant/Respondant's Are in Default Due to The Court's Order To Show Cause Dated in November of 2004, And Also Because of The Information Listed,

The Defendant/Respondant's Has Exceeded The Expiration Time Period Scheduled For Them To Show Cause In Violation of The Federal Rule's of Civil Procedure, Rule 55, Default...

I The undersigned Petitioner/Appellant Ask That The Court Enter Judgement For The Petitioner/Appellant or, Give Specific Order's That This Petition Be ordered Granted, Because of The Aforesaid Information...

Consequently,

A continuance In The matter would Be So Highly Prejudicial That it would Inflame The Justice, And Hence Deprive Me of My Guaranteed Constitutional Right's...

Sworn And Subscribed So Sayeth I, The Petitioner/Appellant

Signed, Clifton Powell, Pro Se.

: Mr. Clifton Powell
192 Hill Street
Waterbury, CT 06704.

4.