United States District Court
District of Connecticut

Clifton Powell
vs.
John J. Armstrong

Civil Number Docket
Number 3:01-cv-2306 (AVC)

Dated: July 01, 2006.

## Petitioner's First Motion In Default By Clerk

Pursuant to the Federal Rules of Civil Procedure, Rule 55(A), the Petitioner moves the Clerk to enter the Respondant's default.

On November 20, 2003, the Court issued an order that the Respondant show cause on or before December 21st, 2004, showing cause why the relief prayed for in the Fourth Amended Petition should not be granted. (See Docket #57)

In violation of the Court's order to show cause, the Respondant(s) in their default entered an invalid, void, deficient: memorandum of law in opposition to petition for a writ of Habeas Corpus, dated: January 27, 2004, by James A. Killen.. (See Docket #65)

On January 27, 2004, the Court returned my memorandum because the Certificate of service fail to list names and addresses of all parties served (Attorney Michael E. O'Hare has filed an appearance in this matter) see Docket #82, Exhibit C;

For this reason the Respondant's memorandum of law in opposition to petition for a writ of Habeas Corpus is void...

The Respondant's memorandum of law in opposition to petition for a writ of Habeas Corpus (Docket #65) by James A. Killen fail to list name's and addresse's of all partie's served (Attorney Michael E. O'Hare has filed an appearance in this matter.

According to Docket # 82 Exhibit C), the memorandum must certify service upon all partie's of the record..

Attention Immediately (Docket #65), the memorandum of law in opposition to petition for a writ of Habeas Corpus, is unconstitutional upon entry of the record, the certificate of service fail to list name's and addresse's of all partie's served.

On January 27, 2004, The court returned my memorandum and would not file it for the record, ~~————————~~ (see Docket #82, Exhibit C) because the certificate of service fail's to list name's and addresse's of all partie's served (Attorney Michael E. O'Hare has filed an appearance in this matter (see Exhibit C, of Docket #82).

It is illegal to enter (Docket #65) the memorandum of law in opposition to petition for a writ of Habeas Corpus, Dated: January 27, 2004, by James A. Killen.

2.

9/0/The Memorandum of Law In opposition to petition for a writ Habeas Corpus <Docket #65> dated January 27, 2004, By James A. Killen is the only response to the Court's Show Cause order <Docket #57> dated November 20, 2003,

(1) Being that it is illegal, invalid, void, deficient and unconstitutional the clerk must enter the party's default, in violation of the Court's order to Show Cause <Docket #57>, or the clerk would then be in violation of my right to equal protection of the Laws, and perhaps may be even other further guaranteed constitutional rights.

. Pursuant to the Federal Rule's of Civil Procedure, Rule 55 <A>, Default.
Entry.
When a party against whom a claim for affirmative relief is sought has failed to plead or otherwise defend and that fact is made to appear by affidavit or otherwise the clerk shall enter the party's default.

3.

## However

Mistake's and error's arising from an oversight may be corrected by the court at any time of it's own initiative, or upon the motion of any party, (pursuant to the Federal Rule's of Civil Procedure), Rule 60, (A).

## Conclusion

The court clerk must vacate any prior judgment and enter the respondant's default, to uphold the Constitution. Failure to do so would constitute Deliberate Indifference

Signed : Clifton Powell, Pro se.
Petitioner / Movant

4.

## Order

THE FOREGOING MOTION HAVING BEEN HEARD IT IS HEREBY ORDERED THAT SAID MOTION BE ORDERED:

Granted / Denied

THIS _____ DAY OF _____

BY THE CLERK


_____
THE CLERK

## Certificate of Service

Service certified this 01st day of July 2006, to the office of: Attorney Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, Connecticut 06067,

### And Also To

The office of Attorney James A. Killen, Senior Assistant State's Attorney, Civil Litigation Bureau, office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, Connecticut 06067, this 01st day of July 2006.

Signed: __Clifton Powell__ Pro se.
Petitioner/Movant

: Mr. Clifton Powell
124 Hill Street
Waterbury, CT 06704.