United State's District Court
District of Connecticut

Clifton Powell
vs.
John J. Armstrong

FILED 2006 JUL 11 P 4: 00

Civil Case Docket Number
3:01-CV-2306 (AVC)(TPS)

Dated: July 01st, 2006.

## Petitioner's First Motion For Default Judgment By Clerk

Pursuant to the Federal Rules of Civil Procedure, Rule 55,(B).

The Petitioner move's the Clerk to order that this instant petition be ordered granted.

And order such other further action and/or relief to which it deem's just and proper, to enable the Court to take an account or to determine the amount of damage's

<u>IN LIGHT OF THE FOREGOING</u>

The undersigned Pro Se Petitioner ask that the Clerk grant this motion for the reason(s) stated in his motion in Default by Clerk, Dated: July 01st, 2006.

Sworn and Subscribed,

Signed: _Clifton Powell_, Pro se. Petitioner/movant

<u>Order</u>

The foregoing motion having been heard it is hereby ordered that said motion be ordered: Granted/Denied.

This _____ day of _____

By the Clerk...

_____
The Clerk

## Certificate of Service

Service certified this 01st day of July, 2006, to the office of: Attorney Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, Connecticut 06067.

## And Also To

Attorney James A. Killen, Senior Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, Connecticut 06067.

This 01st day of July 2006.

Signed: Clifton Powell, Pro Se.
Petitioner/Movant

Mr. Clifton Powell
199 Hill Street
Waterbury, CT 06704.