UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 AUG 11  P 2: 29

CLIFTON POWELL

V.

JOHN J. ARMSTRONG

PRISONER
CASE NO. 3:01CV2306 (AVC)

### RULING AND ORDER

Pending before the court is petitioner's motion for default and motion for default judgment. The petitioner seeks to default the respondent because he failed to file his memorandum in opposition to the amended petition for writ of habeas corpus in a timely manner. This is the same argument raised by the petitioner in his prior motion to vacate judgment. The Motion for Default [**doc. # 84**] and Motion for Default Judgment [**doc. # 85**] are **DENIED** for the reasons set forth in the court's prior ruling [doc. # 83] on the motion to vacate judgment.

SO ORDERED at Hartford, Connecticut this 11TH day of AUGUST, 2006.

Alfred V. Covello
United States District Judge