UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON POWELL
VS.
JOHN J. ARMSTRONG

CIVIL CASE DOCKET NUMBER
3:01-CV-2306 (AVC)(TPS)

DATED: AUGUST 14TH, 2006.

Pro Se Petitioner/movant's motion for Default Judgment by Judicial Officer pursuant to the Federal Rules of Civil Procedure, Rule 55(B)2.

The Petitioner hereby moves the court for Default Judgment, granting that:

1. The first claim of the Fourth Amended Petition for a writ of Habeas Corpus be ordered granted.

2. The second claim of the Fourth Amended Petition for a writ of Habeas Corpus be ordered granted.

3. The Disorderly Conduct charge identified in the second claim of the Fourth Amended Petition be ordered vacated.

4. "The nolle" reflecting upon the Disorderly Conduct charge identified in the Fourth Amended Petition, claim two, be ordered vacated.

1.

5. The Petitioner be granted an order that any prior judgment, or order(s) bearing the nolhe be ordered vacated, as to the second claim of the Fourth Amended Petition

6. The Petitioner be exempt from suffering any further prosecution bearing the disorderly conduct identified in claim two of the Fourth Amended Petition

7. Any and all other further action and/or relief to which it deems just and proper

8. "The conviction" bearing criminal docket number LHSr 99:0277329 as identified in the Fourth Amended Petition first claim, be ordered vacated

9. Any prior judgment or order(s) bearing the criminal docket number Cr 99:0277329 be ordered vacated, as to the first claim of the Amended Petition

2.

10. The criminal charge(s) bearing the first claim of the Fourth Amended Petition, criminal docket number cr99:277329 be ordered VACATED

11. The Petitioner be exempt from suffering any further prosecution bearing criminal docket number cr99:0277329, as identified in claim one of the Fourth Amended Petition

12. Any and all other further action and/or relief to which it deems just and proper ...

---

The undersigned pro se Petitioner/movant mr. Clifton Powell have come to find that

3.

The relief sough had to have been awarded long ago, it's just that the court fail to properly adjudiciate on the account, the court should had announce the defendant's default upon completion of the court's return to the record October 01, 2004, for the reason(s) stated in the petitioner's first motion in default by clerk dated July 01st, 2006;

I was unable to reissue my memorandum as listed on the petitioner's motion for relief from judgment [Docket # 82] exhibit <C>, due to lack of fund's for postage, before the document got lost. This is also reason why the judgment had to have been awarded and the relief sought had to have been granted.

The petitioner further ask that the court re elect to review the petitioner's second motion for relief from judgment [Docket # 81] because I argued that the defendant/respondant fail to certify service upon all partie's in violation of Docket # 82 exhibit <C>.

4

In Light of the Foregoing:

The undersigned Pro Se Petitioner/Movant Mr. Clifton Powell ask that the Court Grant this Motion for the Reason Stated And/or Any other Further Reason to Exsist, With Any And All other Further Action And/or Relief to which it deem's just And Proper;

Sworn And Subscribed,

The Grand Incredible, Competition Technition.

Signed: <u>Clifton Powell</u>
     Pro Se Plaintiff/Petitioner

5.

## ORDER

The foregoing motion bearing such significance, having been heard, the motion is hereby ordered :

Granted : Denied ...

This _____ day of _____

By the Court ...

_____
The Court

6.

## Certificate of Service

Service certified this 14th day of August 2006, to the office of: Attorney Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, Connecticut 06067

### And Also To

Attorney James A. Killen, Senior Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, Connecticut 06067

This 14th day of August 2006.

Signed: _Clifton Powell_, Pro se.
Petitioner/Movant

7.

:Mr. Clifton Powell #147799
287 Bilton Road
P.O. Box 665
Somers, CT 06071.

8.