UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLIFTON POWELL
                                                         PRISONER
      V.                            CASE NO. 3:01CV2306 (AVC)

JOHN J. ARMSTRONG

**RULING AND ORDER**

Pending before the court are petitioner's renewed motions for default and for default judgment.  The petitioner seeks to default the respondent because he failed to file his memorandum in opposition to the amended petition for writ of habeas corpus in a timely manner.  This is the same argument raised by the petitioner in his prior motion to vacate judgment.  The Motion for Default [**doc. # 86**] and Motion for Default Judgment **[doc. # 88**] are **DENIED** for the reasons set forth in the court's prior ruling [doc. # 83] on the motion to vacate judgment.

SO ORDERED at Hartford, Connecticut this 11th day of October, 2006.

/s/

_____
Alfred V. Covello
United States District Judge