United States
District Court
District of Connecticut

Clifton Powell

vs.

John J. Armstrong

Civil Case Docket
number: 3:01-cv-2306(AVC)

Dated: June 17, 2007

Pro se Petitioner/movant's Third motion For Relief And Justice

It should cost your court hundred's of billion's if I got to sit here and watch hundred's of million's be doled out freely. Without having to suffer any pain mentally, they have to suffer. There's also 19 year's worth of illegal 1st degree sexual assault damage weighing on in although your court system could never care you send criminal's

To Prison, if you would of Awarded my case there at the Clerk office in Bridgeport I would not have had to suffer all these indestructable Damage's, I would of been Able to hire a Lawyer or paid Bond(s) or suffered less mental Damage nobody Granted none of my right's but when I do get my right's every body will pay the intire toll of all Damage Each, the bigger the Treasury the more money they'll pay, Bridgeport court clerk pay's the most they sent my Document to a Judge who sent mine back and fail to do the same on

The Defendant's, 19 Year's ago my life was bombed and the criminal court system violated my right's by obstructing my ability to defend myself against a 1st degree sexual assault case, the court fail to inform me of the law if I would had known that the law require lifetime registration of any one convicted of the charge I would have challenged the accusation and would have won given the detail information, I was illegally convicted an posted all across America on the federal level as a direct threat to parent's and children in the community illegally, this court in the above event has to pay the toll and the clerk in Bridgeport both pay my life of damage's every thing I can show

3= Every Day You Fail To Grant my case you Pay A Full Toll For Each Day Counted 21 To 24 Defendant's were To Be sued on Behalf of The Relief, You caused my Inability To Function I cant Persue many claim's Because of what The court Did Here I'm not Goin To Fight Those many Year's since 2001 And 1999 Just To Get no where, You Destroyed my Belief That There is A LAW ⟨Here⟩ Govern By The Constitution Your Violating my Right's in The wose Time in All F. Life, my mental mAy cause Alfabet's To Jump out on Accordingly But I'm not Goin To waste my Ink Crossing Them out, You seem To me Like You And Every Body In This Event Has Been Doing This For 19 Year's, I'm seeing Too many People under The Influence of This Violation Listing 19 Year's In Federal 1st Degree sexual Assault, Even With You Paying me Billion's of Dollar's In Real Life it Aint Goin To out weigh What I wanted To Live Because I Already was Better Than The Best

These Court System's of Justice have Ruined my whole Intire life from Age of Young The System Illegally Destroyed my Intire Existance made me stand in Frount of America And Sign Saying I Am A Direct Threat As A sex offender Registered with neighborhood watch Law Enforcement F.B.I. Registrant who has been listed on The Innernet.

I have To Pray To Be Able To Bleach my Skin And Exceed Billion's of Dollar's In Damage without Speaking In order To maintain my Strength, Danbury Superior Judicial District James P. Ginnoccio Justice will Pay The Toll of All Damage's I ever experienced From The Day I Born To The Day I'm Justified, He Denied my waiver of Fee's, Appointment of counsel on Appeal Application when my Habeas was Denied in State Trial court I was Indigent he'll Pay 19 year's In Damage Additionally As Required By Law By way of His Offical Capacity He owe Federal Damage none of The Habeas would Exist on The Federal Level if He would had upheld The Constitution, He swore To Do Justice He violated His oath

I was Force To End Here Due To Recent mental Stress.

Signed: Clifton Powell, Pro Se.

## ORDER

The foregoing motion having been heard, it is hereby ordered that said motion be ordered:

GRANTED / DENIED

This _____ day of _____

By the Court

_____
The Court

## CERTIFICATE

Service certified this 17th day of June 2007, to: The office of Michael K. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Chief State's Attorney Office, 300 Corporate Place, Rocky Hill, CT 06067

### And Also To

The office of: James A. Killen, Senior Assistant State's Attorney, Civil Litigation Bureau, Chief State's Attorney Office, 300 Corporate Place, Rocky Hill, CT 06067

This 17th day of June 2007.

Signed: Clifton Powell, Prose.

: Mr. Clifton Powell #147799
245 Whalley Avenue, P.O. Box 8000,
New Haven, CT 06530.