United States District Court
District of Connecticut

Clifton Powell
    vs.
John A. Armstrong

Civil Case Docket Number
3:01-cv-2306 (AVC)

FILED
2008 AUG 21  P 12:
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Dated: August 11, 2008

Pro Se Petitioner Notice of Damage And Motion For Judgement And To Strike All Docket's After Number 65

You and that Federal court District will soon pay all the damage I ever suffered in my life especially the case bearing Docket number 3:04-cv-1973 (RNC).

If you would of granted the mandatory judgement in the Plaintiff's behalf which is required by federal law I would of filed my suit for monetary relief and would of moved the court for judgement after 21 day's of service I would of had the money to register my car in my lil sister name and been able to purchase property to privately park my car, or even borrowed the money from a bank or credit loan agency branch and I would of never suffered the damage bearing civil case Docket number 3:04-cv-1973 (RNC) I would have never had to mentally break down on June 6, 2008 from so much damage ending up from the hospital to jail for breach of peace where I was going bizzar thinking people were going to kill me, I claim now that the auditory hallucination which I suffer from attacked me but it seemed like people on June 6, 2008.

The conviction in connection with my Habes which Federal law required you to order vacated is the cause of my first auditory hallucination experience, the day of conviction and sentencing or the day before.

1. of 3.

once there's a crime every thing stop, no more court. You have to be indicted on charges you think you're just scott free don't you? You'll get indicted, yeah I wrote the F.B.I. and the Federal court chief court administrator Kevin Rowe a copy of exhibit <A> and <B> you'~~~~ will go to jail, turn your self in Covello, I even sent Kevin Rowe a copy of the letter I sent to the F.B.I. with Kevin Rowe name on it. You got to go to jail for these crime's, not loose your job, go to jail Covello you broke federal criminal law to obstruct the court's Guarantee, if you don't turn your self in or you don't go to jail. This case has to be seized by authority's because it was used to commit a crime, see exhibit <A> and <B>.

I reserve the right to say any thing else.

Signed _____CLIFTON POWELL_____

2. OF 3.

## Certificate

Service certified this 11TH day of August 2008 to the office of Michael E. O'Hare, Supervisory Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067

### And To

The office of James Killen, Senior Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Signed __Clifton Powell__

: Mr. Clifton Powell #147799
245 Whalley Ave
P.O. Box 8000
New Haven, CT 06511.

3. of 3.

EXHIBIT (A)

Dated: August 18, 2008

Dean Federal Bureau of Investigation

A Federal Judge committed a Federal Crime against me in Federal Court, He criminally committed Purjury to obstruct the mandatory relief required by Federal Law, He falsified a whole intire document to the Federal Court in Hartford to criminally obstruct me being relieved of an illegal criminal conviction.

I'm writing so that he can be indicted on criminal obstruction and purjury charges

Senior Judge Alfred V. Covello, at 450 Main Street, Hartford Connecticut criminally falsified his whole intire statement to the Court ruling false allegations twice willingly and knowingly

During the case of "Clifton Powell vs. John J. Armstrong", Civil Case Docket Number 3:01-CV-2306(AVC)...

Senior Judge Alfred V. Covello deliberately falsified allegations against me the petitioner, with criminal intent to falsify the whole document when criminally committing the perjury.

- The petitioner's second motion for relief from Judgement, Docket Eighty something, was criminally obstructed by the court's ruling.

Senior Judge Alfred V. Covello has to be indicted on charges where he criminally committed Purjury to obstruct the mandatory Judgement entry which is required by Federal and Criminal Law

: The whole intire federal court statement document is false allegations on record which is a federal crime,

The second count demonstrate that he criminally falsified the intire second federal court statement to criminally obstruct my last : motion in default by clerk,

This ruling indicated false allegations on record also which constitute purjury and because it obstructed the mandatory order to vacate an illegal conviction bearing the requirement's of federal, when it involves a conviction it's punishable by federal prosecution

: If he did'nt lie to the court on the record my conviction would of been ordered vacated. The ruling to my latest : motion in default by clerk,

And plaintiff's second motion for relief from judgement, was criminally obstructed by the false ruling statement, wherefore the federal court senior judge Alfred V. Covello has to be indicted on charge's for criminally falsifying court ruling's against me on record in federal court

Senior Judge Alfred V. Covello

Has to be indicted on charge's where criminally committed purjury to obstruct the mandatory judgement entry which is required by federal and criminal law

I understand that if senior judge Alfred V. Covello is not indicted I may be intitled to money damage's against the F.B.I. consisting of my whole history of imprisonment

Because if I got to go to jail for thing's I do, then so shall anybody who criminally commit purjury to obstruct a mandatory order to vacate an illegal conviction in violation of federal law willingly knowingly and deliberately with criminal intent...

Underwritten by the victim

Signed _____

: Mr. Clifton Powell #147799
245 Whalley Ave
P.O. Box 8000
New Haven, CT 06511.

EXHIBIT &lt;B&gt;

DATED: AUGUST 16, 2008

DEAR CHIEF COURT ADMINISTRATOR
MR. KEVIN ROWE

A CRIME HAS BEEN COMMITTED AGAINST ME IN YOU'RE HARTFORD FEDERAL COURT FACILITY

BY JUDGE ALFRED V. COVELLO

HE CRIMINALLY OBSTRUCTED JUSTICE BY LIEING TO THE COURT TO OBSTRUCT THE MANDATORY JUDGEMENT REQUIRED BY FEDERAL LAW

HE WILLINGLY COMMITTED THE CRIMINAL ACT OF PURJURY TWICE KNOWINGLY AND INTENTIONALLY

HIS FALSIFIED RULING TO MY LAST MOTION IN DEFAULT WAS A BIG MISTAKE HE LIED ABOUT THE WHOLE ISSUE TO DENIE ME RELIEF FROM AN ILLEGAL CONVICTION

MY SECOND MOTION FOR RELIEF FROM JUDGEMENT ALSO CAUSED THE JUDGE TO COMMITT THE FIRST ACT OF PURJURY TO OBSTRUCT THE MANDATORY JUDGEMENT WHICH IS REQUIRED BY FEDERAL LAW

HE LIED ALLEGING OTHER CLAIM'S THAN THAT WHICH THE MOTION LISTED IN VIOLATION OF CRIMINAL LAW...

CLIFTON POWELL VS. JOHN J. ARMSTRONG,
CASE DOCKET NUMBER   3:01-CV-2306 (AVC)

I WAS SERVING AN ILLEGAL CONVICTION WHERE I WAS SENTENCE TO SEVEN YEAR'S

4 year's imprison And 3 Probation

The Intire Judgement is A lie And I want Both Ruling's mentioned Removed From The Record once The Senior Judge is Indicted on Charge's

under written By The Petitioner

Signed _____

: Mr. Clifton Powell # 147799
245 Whalley Ave
P.O. Box 8000
New Haven, CT 06511.