United States District C[ourt]
District of Connecticut

: Clifton Powell
  vs.
: John J. Armstrong

FILED
2008 AUG 21 P 12:26
U.S. DISTRICT [COURT]
BRIDGEPORT, CONN

Civ: Docket number
3:01-CV-2306(AVC)

Dated: July 4th, 2008

<u>Petitioner/Pro se movant's motion attacking the United States</u>

The petitioner in the above move's the court to surrender the above civil docket, knowing that docket number 65 is illegal and has to be ordered removed from the record causing the docket it's damage to the point that exist

Because any and all docket entry after 65 is illegal upon entry of the record

It is a direct violation of criminal law because the petitioner was serving (a seven year sentence, obstruction of justice <entry after docket number 65> is a federal crime <accessory> is punishable by prosecution.

Once docket number 65 entered, the clerk have to close the case and return any submission's to the record.

The federal court clerk's office is required by federal law to notify the judge and the judge is obligated by federal law to order that docket number 65 be removed from the record.

1.

Docket number 65 damaged the record so bad to a point where all entry after 65 has to be ordered stricken from the record along with Docket number 65 and the Court Judge has to enter that party's default and grant that relief.

Legally

The Judge can't even come back to the record because any entry to the record past Docket 65 is illegal, federal law prohibit the Court Clerk to enter any further filing's

The U.S. District Court Administration has the burden to pay the damage bearing the 1999 arrest as if the federal court intentionally falsified the allegation's leading to the 1999 arrest, totaling damage's featured in the above where the court further destroyed the petitioner's intire Habeas corpus as the Judge criminally committ purjury willingly while committing obstruction of justice knowingly

The U.S. District Court Administration have the burden to pay the damage to which the senior Judge has inflicted because he would of never caused such damage upon the record if the Federal Court Clerk would not have entered Docket number 65, the State of Connecticut

2.)

Civil Litigation Bureau is also being sued together with the United States in a class action suit because they hired their senior assistant who filed docket number 65 damaging my Habeas record. The Civil Litigation Bureau fail to train him properly being so negligent.

However

A total of four lawyer's will initiate having Hartford civil summons court overturn the May 01, 2000, conviction which will also open the door for me to sue any and every body who violated my right's with respect to this conviction, I will additionally have the summons court transfer the case to regular docket once the court enter judgement in my behalf because I have been injected for the first time on the day of my conviction with both anti-psychotic and anti-anxietic medication on top of a normal dosage of Haldol which makes my May 01, 2000, conviction illegal which is the grounds I need to become successive. I have medication administration card's in my medical record to confirm that my May 01, 2000, conviction is indeed illegal. Danbury Superior court Judge James Ginnocchio is also to be sued for denying my wavior of fee's application on appeal when I was indigent and entitled to wavior and I also sue Judge Carrol of Danbury Superior court for failure to grant the

3.

State petition for a writ of Habeas Corpus where he refused to entertain the claim that I was injected and illegally convicted and sentenced under the influence of the anti-psychotic and anti-anxietic.

Waterbury City Police Detective Bureau also get sued because they should of released me at Police Headquaters when the victim lied in her written statement opposing the information she gave the police at scene of the alleged crime, she claim that I grabbed her before her sister opened the door on one count then she wrote a statement saying when her sister answered the door she told her about the man asking her for money (alleging) that the crime happen after, which is where the attempt to take $ was alleged, the police should of let me go, plus my lawyer should have immediately filed the motion to dismiss. This is also grounds to have the conviction ordered vacated because newly discovered evidence demonstrate's an actual innocence.

So when I do get my four lawyers and they get operecting I'm getting trillions of dollar's, I been damage so that I cant even continue fighting not even if this was my only case to represent. The criminal case caused me to experience hallucination and all these year's later they attacked me causing me to be incarcerated since June 6, 2008 when I was charged with breach of peace for going bizzar when having the mental break down this is the second time the criminal case bearing this habeas almost got me killed, I was running in frount of speeding car's jumping on them trying to escape the dangerous attack's I was experiencing, but I can hire some lawyer's soon who will win

4.

Billions of trillions of dollars is in the control of the United States who owe me not only the approximate 16 years I been fighting the false accusation but also the rest of my life bearing these dangerous hallucination attacks medical records demonstrate that I was discovered being coerce into jumping off the top bunk of the bed onto my head to kill myself the first time ever experiencing hallucination prior to being injected the morning of my May 01, 2000, illegal conviction.

• I will be sure to have all my issues involving the false accusations all presented in the same law suit all against the federal court administration for money damage when my four lawyers strike docket number 65 from the record or take such action against the U.S. District Court Administration because if docket 65 is stricken from the record then the record is broke meaning all these are not the docket number they list to be so the judgement docket number would also need to be administered by other means, this case has to be closed to a point that no other documents can be furnished. However"

Federal Court get sued for everything that ever happen from the day of the arrest because the judge committed a crime to obstruct justice committing purjury when he lied to the federal court . . .

under written by the petitioner

signed  CLIFTON POWELL
    ─────────────────

## Certificate

Service certified this 4TH of July 2008 to: The Office of Michael O'Hare Supervisory Assistant State's Attorney, Civil Litigation Bureau Office of the State's Attorney 300 Corporate Place, Rocky Hill, CT 06067

### And To

The office of James A. Killen, Senior Assistant State's Attorney, Civil Litigation Bureau, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, Connecticut 06067

Signed Clifton Powell

: Mr. Clifton Powell #147799
245 Whalley Ave
P.O. Box 8000
New Haven, CT 06511...